UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

| | |
|---|---|
| **DOCUMENT** | |
| ELECTRONICALLY FILED | |
| DOC # | |
| DATE | |

**Vaughn Scott, et al.,**                                    14-cv-04441 (KMK)

                    Plaintiff(s),

          -against-                                  CALENDAR NOTICE


**The City of Mount Vernon, et al.,**


                    Defendant(s).
----------------------------------------------------X

          Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ____ Status Conference | ___ Oral argument |
| ___ Settlement conference | ____ Plea Hearing | ___ Suppression hearing |
| _x_ Rule (16) conference | ____ Final pre-trial conference | ___Order to Show Cause |
| ___Telephone Conference | ____ Jury Selection and Trial | |
| ___ Non-Jury Trial | ____ Inquest | |

before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, April 14, 2015 at 3:45 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

          Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: March 23, 2015
          White Plains, New York


                              So Ordered


                              Kenneth M. Karas, U.S.D.J