AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Vaughn Scott et al., )  | | |
| *Plaintiff* )  | | |
| v. )  | Case No. | 14-cv-04441 (KMK) |
| City of Mount Vernon, et al., )  | | |
| *Defendant* )  | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Mount Vernon and all individually named defendants.

Date:   06/18/2015

*Attorney's signature*

Lee B. Gorson (LG0516)
*Printed name and bar number*

City of Mount Vernon Department of Law
One Roosevelt Square, Rm. 111
Mount Vernon, New York 10550

*Address*

bgorson@cmvny.com
*E-mail address*

(914) 665-2366
*Telephone number*

(914) 665-9142
*FAX number*