

**ERNEST D. DAVIS**
MAYOR

**LAUREN P. RAYSOR**
CORPORATION COUNSEL

CITY OF MOUNT VERNON, NEW YORK
DEPARTMENT OF LAW
CITY HALL
ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550
(914) 665-2366 • FAX (914) 665-9142
WWW.CI.MOUNT-VERNON.NY.US

**ASSISTANT COUNSELS**
JYLL D. TOWNES
BRIAN G. JOHNSON
TICHINA JOHNSON
LEE B. GORSON

**LEGAL INVESTIGATOR**
MICHAEL V. LENTINI

**MEMO ENDORSED**

August 26, 2015

*Granted with the understanding that no more extensions will be granted. The next conference is scheduled for 11/17/15 at 3:30*

*SO ORDERED*

**Via CM/ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 521
White Plains, New York 10601-4150

*SO ORDERED*

KENNETH M. KARAS U.S.D.J.
*8/26/15*

Re:   *Vaughn Scott v. City of Mount Vernon, et al.*, 14-cv-04441 (KMK)
      First Letter-Motion Requesting Extension of Time

Dear Judge Karas,

We represent the Defendants in the above-referenced action, and write this letter as the parties' first joint-application for an extension of several discovery deadlines contained in the Court's April 14 Case Management and Scheduling Order (Dkt. No. 5).

The parties respectfully request this extension of time for two main reasons. First, the Defendants just recently received Plaintiff's discovery demands, and are in the process of compiling responsive documents. Secondly, in the wake of Ms. Hina Sherwani departing the Mount Vernon Law Department, the new attorneys handling the matter respectfully request time to adequately review the file.

The current deadlines as reflected in the Case Management and Scheduling Order and proposed new dates are as follows:

| **Current Deadline** | **Proposed New Deadline** |
| --- | --- |
| ▪ All Fact Discovery by 8/31/15 | All Fact Discovery by 10/30/15 |
| ▪ Depositions by 8/31/15 | Depositions by 10/30/15 |
| ▪ Status Conference 10/9/15 | At the Court's convenience |

We thank Your Honor for your consideration of the parties' request.

Very truly yours,
*/s/ Lee B. Gorson*
Lee B. Gorson (LG0516)
Assistant Corporation Counsel

cc:    (via CM/ECF)
       Mr. David Thompson, Esq.
       *Attorneys for Plaintiff*

"A CITY THAT BELIEVES"