AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Vaughn Scott et, al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   14 cv 04441 (KMK) |
| The City of Mt. Vernon et, al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Mt. Vernon, P.O. Allen, P.O. Camilo Antonini, P.O. Timothy Briley, P.O. Brent Gamble, P.O. Sexton.

Date:   10/23/2015

/s/ Welton K. Wisham (WW 8674)
*Attorney's signature*

Welton K. Wisham (WW 8674)
*Printed name and bar number*
43 West 43rd Street Suite 95
New York, Ny 10036-7424

*Address*

wkwisham@optonline.net
*E-mail address*

(212) 709-8183
*Telephone number*

(718) 678-8062
*FAX number*