# DAVID A. THOMPSON
# STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

October 23, 2015

**BY ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
Court Room 521
White Plains, New York, 10601-4150

Re: <u>Scott v. The City of Mount Vernon</u>, 14 cv- 04441 (KMK)

Dear Honorable Judge Karas:

I write to join the motion for additional time made by the defendants in this case. The changes in defendants' representation have presented one issue that has worked to delay depositions in this case. However, need for an extension of time does not arise solely on the defendants' side. The plaintiffs' family suffered two deaths within the past ten days, which would make it very difficult for them to appear for depositions in the immediate timeframe that the current schedule sets forth. Therefore, I respectfully request that the Court grant the defendants' motion.

Respectfully submitted,

David Thompson