# DAVID A. THOMPSON
## STECKLOW & THOMPSON

MEMO ENDORSED

[...] 6TH FLOOR
[NEW] YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

December 15, 2015

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Scott et al. v. The City of Mount Vernon et al., 14-cv-04441 (KMK)

Dear Honorable Judge Karas:

I write as attorney for the plaintiffs in the above-captioned action. I submit this letter motion pursuant to rule I.C. of the Court's individual rules, seeking a brief adjournment of a status conference in the above-captioned case, which is presently scheduled for January 6, 2015. No previous request has been made for the adjournment of this status conference. However, the Court has granted two prior extensions of the discovery schedule at the request of the defendants. The plaintiffs consented to the first of these requests, and joined in the second.

The January 6, 2015 appearance is not reflected in the docket, and my office did not calendar it. On January 6th, I will be travelling. I respectfully request an adjournment to a date of the Court's choosing to resolve this conflict. The defendants consent to the plaintiff's request for an adjournment. The defendants are not available on the 25th, 26th, or 27th of January, and the undersigned has an appearance in the Southern District (Manhattan), on January 12th.

Thank you very much for your consideration of this request.

Respectfully submitted,

David Thompson

*The Court emailed counsel, but it turns out the email he provided on the docket is wrong. In any event, the January 6, 2016 conference is adjourned to February 8, 2016, at 3:00.*

*So Ordered.*
*[signature]*
*12/15/15*