AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| VAUGHN SCOTT<br>*Plaintiff*<br>v.<br>CITY OF MOUNT VERNON<br>*Defendant* | ) | Case No. 14-CV-4441 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF MOUNT VERNON .

Date: 01/11/2016

*Attorney's signature*


TICHINA L. JOHNSON (TJ2515)
*Printed name and bar number*

City of Mount Vernon
Office of The Corporation Counsel
1 Roosevelt Square, Rm 111
Mount Vernon, New York 10550
*Address*

tljohnson@cmvny.com
*E-mail address*

(914) 665-2366
*Telephone number*

(914) 665-9142
*FAX number*