| | | |
|---|---|---|
| RICHARD THOMAS<br>MAYOR<br><br>LAUREN P. RAYSOR<br>CORPORATION COUNSEL | *[Seal]*<br><br>CITY OF MOUNT VERNON, NEW YORK<br>DEPARTMENT OF LAW<br>CITY HALL<br>ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550<br>(914) 665-2366 • FAX (914) 665-9142<br>WWW.CI.MOUNT-VERNON.NY.US | ASSISTANT COUNSELS<br>TICHINA JOHNSON<br>LEE B. GORSON<br>JOHAN S. POWELL<br><br>LEGAL INVESTIGATOR<br>MICHAEL V. LENTINI |

January 12, 2015

Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building & United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

  Re: *Scott v. City of Mount Vernon*, 14-cv-4441 (KMK)
    <u>Request for Removal of Name from Docket</u>

Dear Judge Karas:

  Effective January 12, 2016, I will no longer be working for the City of Mount Vernon Department of Law, and will be moving on to other employment.

  Accordingly, I respectfully request that my appearance be removed from the docket in the above-referenced matter.

  Please let me know whether this office needs to take a further action in this respect, and I thank the Court for its consideration of this request.

                Respectfully submitted,

                */s/ Lee B. Gorson*

                Lee B. Gorson (LG0516)
                Assistant Corporation Counsel
                City of Mount Vernon Department of Law
                *Attorneys for Defendants*
                One Roosevelt Square, Rm. 111
                Mount Vernon, New York 10550

cc: (via CM/ECF)
   All Counsel of Record