

RICHARD THOMAS
MAYOR

LAUREN P. RAYSOR
CORPORATION COUNSEL

MEMO ENDORSED

ASSISTANT COUNSELS
RICHARD A. JOHNSON
LEE B. GORSON
JOHAN S. POWELL

LEGAL INVESTIGATOR
MICHAEL V. LENTINI

CITY OF MOUNT VERNON, NEW YORK
DEPARTMENT OF LAW
CITY HALL
ONE ROOSEVELT SQUARE, MOUNT VERNON, NY 10550
(914) 665-2366 • FAX (914) 665-9142
WWW.CI.MOUNT-VERNON.NY.US

January 12, 2015

Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building & United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    *Scott v. City of Mount Vernon*, 14-cv-4441 (KMK)
             <u>Request for Removal of Name from Docket</u>

Dear Judge Karas:

    Effective January 12, 2016, I will no longer be working for the City of Mount Vernon Department of Law, and will be moving on to other employment.

    Accordingly, I respectfully request that my appearance be removed from the docket in the above-referenced matter.

    Please let me know whether this office needs to take a further action in this respect, and I thank the Court for its consideration of this request.

Respectfully submitted,

*So Ordered.*
*[signature] KMK*
*1/12/16*

/s/ Lee B. Gorson

Lee B. Gorson (LG0516)
Assistant Corporation Counsel
City of Mount Vernon Department of Law
*Attorneys for Defendants*
One Roosevelt Square, Rm. 111
Mount Vernon, New York 10550

cc:    (via CM/ECF)
        All Counsel of Record

"THE CITY THAT BELIEVES"