

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAUGHN SCOTT, et al.,

                          Plaintiffs,

-v-

THE CITY OF MOUNT VERNON, et al.,

                          Defendants.

Case No. 14-CV-4441 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

       At the Conference held before the Court on February 8, 2016, the Court adopted the following scheduling order:

       The Parties shall submit a joint stipulation addressing which Defendants are to be dropped from the case and which claims are to be dismissed, by February 24, 2016.

       Plaintiffs and Defendants shall each submit their Motions for Summary Judgment by no later than April 8, 2016. The Parties shall file their responses by May 13, 2016. Additional submissions will not be accepted unless prior permission of the Court is given.

       Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

       Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motions are due.

       Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

       If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:      February 8, 2016
                White Plains, New York

                                                            KENNETH M. KARAS
                                                            UNITED STATES DISTRICT JUDGE