UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
VAUGH SCHOTT, NIGERIA SCOTT, PRINCE　　　　Index No. 14-cv-4441
SCOTT, ANDRE HARRIS, BRENDA SCOTT,
KRAIG UTLEY, COREY MARROW, A.S.,
A MINOR CHILD, K.M., A MINOR CHILD,　　　　Declaration of David
AND JULIAN RENE,　　　　Thompson is Support of
　　　　Plaintiffs' Motion for
　　　　　　　　*Plaintiffs*,　　　　Summary Judgment

　　　　against --

THE CITY OF MOUNT VERNON, a municipal
Entity, MT. VERNON POLICE OFFICER ALLEN,
MT. VERNON POLICE OFFICER CAMILO
ANTONINI, MT. VERNON POLICE OFFICER
TIMOTHY BRILEY, MT. VERNON POLICE
OFFICER DET. BRENT GAMBLE, MT. VERNON
POLICE OFFICER SGT. STEVEN SEXTON,
CITY OF MOUNT VERNON POLICE
DEPARTMENT, AND POLICE OFFICERS JOHN
DOES 1-10,

　　　　　　　　*Defendants*.
-----------------------------------------------------------------------x

　　　　David A. Thompson declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct::

　　　　1.　　I am an attorney representing the plaintiffs in this action, and I am fully familiar with the facts stated below in support of the plaintiffs' motion for partial summary judgment.

　　　　2.　　Annexed hereto as Exhibit A is a true and correct copy of the Complaint.

　　　　3.　　Annexed hereto as Exhibit B is a true and correct copy of the Answer.

　　　　4.　　Annexed hereto as Exhibit C is a true and correct copy of an affidavit executed by Corey Marrow.

1

5. Annexed hereto as Exhibit D is a true and correct copy of an affidavit executed by Vaughn Scott.

6. Annexed hereto as Exhibit E is a true and correct copy of plaintiffs' deposition exhibit 2.

7. Annexed hereto as Exhibit F is a true and correct copy of plaintiffs' deposition exhibit 3.

8. Annexed hereto as Exhibit G is a true and correct copy of plaintiffs' deposition exhibit 4.

9. Annexed hereto as Exhibit H is a true and correct copy of plaintiffs' deposition exhibit 7.

10. Annexed hereto as Exhibit I is a true and correct copy of plaintiffs' deposition exhibit 8.

11. Annexed hereto as Exhibit J is a true and correct copy of the deposition of Defendant Steven Sexton.

12. Annexed hereto as Exhibit K is a true and correct copy of the deposition of Defendant Timothy Briley.

13. Annexed hereto as Exhibit L is a true and correct copy of the deposition of Defendant Camilo Antonini.

14. Annexed hereto as Exhibit M is a true and correct copy of the deposition of plaintiff Brenda Scott, with certain marked omissions and redactions.

15. Annexed hereto as Exhibit N is a true and correct copy of the deposition of plaintiff K.M., with certain marked omissions and redactions.

16. Annexed hereto as Exhibit O is a true and correct copy of the deposition of plaintiff Corey Marrow, with certain marked omissions and redactions.

17. Annexed hereto as Exhibit P is a true and correct copy of the deposition of plaintiff Nigeria Scott, with certain marked omissions and redactions.

18. Annexed hereto as Exhibit Q is a true and correct copy of the deposition of plaintiff Prince Scott, with certain marked omissions and redactions.

19. Annexed hereto as Exhibit R is a true and correct copy of the deposition of plaintiff Julian Rene, with certain marked omissions and redactions.

20. Annexed hereto as Exhibit S is a true and correct copy of the deposition of plaintiff Kraig Utley, with certain marked omissions and redactions.

21. Annexed hereto as Exhibit T is a true and correct copy of the deposition of plaintiff A.S., with certain marked omissions and redactions.

22. Annexed hereto as Exhibit U is a true and correct copy of an audio recording, which will be provided to the court and opposing counsel on disc. .

DATED: New York, N.Y.

April 8, 2016

_____//s//_____
David A. Thompson, Esq. [dt3991]
Stecklow & Thompson
217 Centre Street, 6th floor
New York, N.Y. 10013
Phone: (212) 566-8000
Fax:    (212) 202-4952