UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

VAUGHN SCOTT, NIGERIA SCOTT, PRINCE SCOTT,
ANDREE HARRIS, BRENDA SCOTT, KRAIG UTLEY,
COREY MARROW, A.S. A MINOR CHILD,
K.M. A MINOR CHILD, AND JULIAN RENE,　　　　　　　　INDEX NO.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　14 CV 04441 (K.M.K)
　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION**
　　-against-

CITY OF MOUNT VERNON, A MUNICIPAL ENTITY,
MT. VERNON POLICE OFFICER ALLEN,
MT. VERNON POLICE OFFICER CAMILO ANTONINI,
MT. VERNON POLICE OFFICER TIMOTHY BRILEY,
MT VERNON POLICE OFFICER DET. BRENT GAMBLE,
MT. VERNON POLICE OFFICER SGT. STEVEN SEXTON,
CITY OF MT. VERNON POLICE DEPARTMENT, AND
POLICE OFFICERS JOHN DOES 1-10.

　　　　　　　　Defendants,
_____X

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, defendants City of Mount Vernon, MT. Vernon Police Officer Allen, MT. Vernon Police Officer Camilo Antonini, MT. Vernon Police Timothy Briley, MT. Vernon Police Officer Det. Brent Gamble, MT. Vernon Police Officer SGT. Steven Sexton, City of MT. Vernon Police Department, and Police Officers John Does 1-10, will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, Court Room 521, White Plains, New York, 10601-4150, on a date directed by the Court, for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment to the defendants.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs shall serve their opposition papers, if any on or before May 13, 2016.

Dated: New York, New York
April 4, 2016

By  /s/_____
Welton K. Wisham, Esq.
43 West 43rd Street, Suite 95
New York, New York 10036-7424
212-709-8183
Attorney for the Defendants

To:

Mr. David Allen Thompson, Esq.
Stecklow Cohen & Thompson
217 Centre Street, 6th Floor
New York, New York 10013
(212) 566-8000
Attorney for the Plaintiffs
(By ECF)