INCIDENT #: 2013-00009571    ORI #: M V P D     INCIDENT TYPE: 1104 P ***1104***

LOCATION . . : 215 S 9TH AV
PHONE NUMBER :   308-2819                                 VENUE: Mt Vernon
NATURE OF CALL: 1039   WHITE MINI VAN

```
                DATE:          TIME:
CALL . . . : 03/20/2013    18:17:14   Wednesday
DISPATCH . : 03/20/2013    18:17:14
ARRIVE 1 . : 03/20/2013    18:20:22
ARRIVE 2 . : 03/20/2013    18:37:48
CLEAR . . . : 03/20/2013   23:57:35
```

AREA . : Sector B     SECTION : Genrl Area        BEAT:
QUADRANT:             DISTRICT:                   GRID: I4

UNIT 1 #: 6F       ID # 1: CHERY,DILLAN,,         ID # 2: BENNETT,CHARLES,J,
UNIT 2 #: 6E       ID # 3: KOZAKIEWICZ,FRANCIS,T, ID # 4: MARTINEZ,RICARDO,,

RECEIVED ORI/ID/TERM : M V P D     BLAUVELT,EMMA,,                DSP003AC1
DISPATCH ORI/ID/TERM : M V P D     BLAUVELT,EMMA,,                DSP003AC1
CLEARING ORI/ID/TERM : M V P D     BRISBANE,MANESA,,              DSP003AC1
DISPATCH SHIFT  : 3rd    4-12
SOURCE . . . . : Telephone     REPORT REQUIRED: YES    MUTUAL AID:
DISPOSITION . . : MV-61        PRIORITY . . . : 3

ORIGINAL INFORMATION:
   LOCATION : 215 S 9TH AV
   INCD TYPE: 1039 P ***1039***        PRIORITY: 3        VENUE: Mt Vernon

STATUS/DISPOSITIONS:

| DISPOSITION | UNIT | DATE | TIME | ID # 1: / ID # 2: |
|---|---|---|---|---|
| MV-61 | 6F | 03/20/2013 | 23:57:35 | BENNETT,CHARLES,J, |
| MV-61B | TF1 | 03/20/2013 | 22:43:33 | CHERY,DILLAN,, / FRANCIS,ALEC,, |
| MV-61B | TF2 | 03/20/2013 | 22:43:33 | BRUCE,KENNETH,, / SANTOS,JOHANNA,, |
| Founded | DD33 | 03/20/2013 | 22:43:21 | GREGORIO,MICHAEL,, / HUTCHINS,CHRISTOPHER,, |
| MV-61B | 6I | 03/20/2013 | 22:35:11 | IBANEZ,DANIEL,, / LEONE,PATSY,A, |
| Founded | 6LT | 03/20/2013 | 22:24:18 | HROTKO,FRANK,J, / OLIFIERS,MARCEL,J, |
| Founded | TF7 | 03/20/2013 | 22:13:12 | SEXTON,STEVEN,, |
| Founded | 6ST2 | 03/20/2013 | 22:11:40 | STARACE,JOSEPH,R, |
| Founded | 6C | 03/20/2013 | 20:11:31 | O'GRADY,DANIEL,J, |
| Founded | CIU | 03/20/2013 | 19:57:56 | ALLEN,ALLISON,, / NOTARFRANCESCO,JAMES,, |
| MV-61B | 6E | 03/20/2013 | 19:54:43 | KOZAKIEWICZ,FRANCIS,T, |

0000128

```
    Founded        6ST1       03/20/2013 19:52:24  MARTINEZ,RICARDO,,
                                                   FISCHER,DANIEL,P,
                                                   RIVERA,ANDY,,
    MV-61B         6B         03/20/2013 19:49:37  MARTIN,ANDREW,,
                                                   LEE,MICHAEL,W,
    Founded        6F         03/20/2013 19:35:28  BENNETT,CHARLES,J,
                                                   CHERY,DILLAN,,
    MV-61B         6G         03/20/2013 19:33:14  CAPRIO,MICHAEL,,

    Founded        ESU8       03/20/2013 19:30:26  GALLAGHER,CHRISTOPHER,W,

    Founded        GLA        03/20/2013 19:28:20  ADDISON,GREGORY,R,
                                                   HANLON,JAMES,H,
    MV-61B         ESU        03/20/2013 19:25:59  DILEGGE,JASON,,
                                                   WILLIAMS,DEREK,A,
    Founded        GLA        03/20/2013 19:00:30  ADDISON,GREGORY,R,
                                                   HANLON,JAMES,H,

ADDITIONAL INFORMATION:
  MBLK LT SKN RD HOODY

RADIO LOG:
  UNIT:   TYPE:   STATUS:          DISPATCH:   ARRIVE:     CLEAR:      ID # 1:
  6E              Dispatch         18:17:14
  6F              Dispatch         18:17:14                            BENNETT,CHARLES,J,
  ESU             Dispatch         18:17:24                            DILEGGE,JASON,,
  6LT             Dispatch         18:19:24                            OLIFIERS,MARCEL,J,
  ESU8            Arrive                       18:20:22                GALLAGHER,CHRISTOPH
  GLA             Arrive                       18:21:12                ADDISON,GREGORY,R,
  6G              Dispatch         18:23:15                            CAPRIO,MICHAEL,,
  6I              Dispatch         18:24:48
  6B              Dispatch         18:26:04                            MARTIN,ANDREW,,
  6ST2            Dispatch         18:26:16                            STARACE,JOSEPH,R,
  6G              Arrive                       18:27:56                CAPRIO,MICHAEL,,
  TF2             Arrive                       18:35:14                SANTOS,JOHANNA,,
  TF1             Arrive                       18:36:48                FRANCIS,ALEC,,
  TF2             At Scene 2                   18:37:48                SANTOS,JOHANNA,,
       SEC. LOC.: 324 S 2ND AV
  TF7             Arrive                       18:42:56                SEXTON,STEVEN,,
  TF7             At Scene 2                   18:43:07                SEXTON,STEVEN,,
       SEC. LOC.: 324 S 3RD AV
  DD33            Arrive                       18:47:52                HUTCHINS,CHRISTOPHE
  CIU             Rrt No Clr       18:48:21                            NOTARFRANCESCO,JAME
  6C              Dispatch         18:58:34
  6ST1            Dispatch         18:58:44
  GLA             Clear Unit                               19:00:30    ADDISON,GREGORY,R,
  GLA             Dispatch         19:06:44                            ADDISON,GREGORY,R,
  ESU             Clear Unit                               19:25:59    DILEGGE,JASON,,
  GLA             Clear Unit                               19:28:20    ADDISON,GREGORY,R,
  ESU8            Clear Unit                               19:30:26    GALLAGHER,CHRISTOPH
  6G              Clear Unit                               19:33:14    CAPRIO,MICHAEL,,
  6F              Clear Unit                               19:35:28    BENNETT,CHARLES,J,
  6B              Clear Unit                               19:49:37    MARTIN,ANDREW,,
  6F              Dispatch         19:51:49                            BENNETT,CHARLES,J,
```

| Unit | Action | Time | Officer |
|---|---|---|---|
| 6F | Arrive | 19:51:53 | BENNETT,CHARLES,J, |
| 6ST1 | Clear Unit | 19:52:24 | |
| 6E | Clear Unit | 19:54:43 | |
| CIU | Clear Unit | 19:57:56 | NOTARFRANCESCO,JAME |
| 6C | Clear Unit | 20:11:31 | |
| 6ST2 | Clear Unit | 22:11:40 | STARACE,JOSEPH,R, |
| TF7 | Clear Unit | 22:13:12 | SEXTON,STEVEN,, |
| 6LT | Arrive | 22:15:17 | OLIFIERS,MARCEL,J, |
| 6LT | Clear Unit | 22:24:18 | OLIFIERS,MARCEL,J, |
| 6I | Clear Unit | 22:35:11 | |
| DD33 | Clear Unit | 22:43:21 | HUTCHINS,CHRISTOPHE |
| TF1 | Clear Unit | 22:43:33 | FRANCIS,ALEC,, |
| TF2 | Clear Unit | 22:43:33 | SANTOS,JOHANNA,, |
| 6F | Clear Unit | 23:57:35 | BENNETT,CHARLES,J, |

DOCUMENTS:
Dispatch Narrative
  Information on the units assigned to the call follows.
    Unit#: 6E     Radio#:          Ofcr 1:      1505   Ofcr 2:      2323
      DSP: 03/20/13 18:17   ARV:            :   CLR: 03/20/13 19:54
    Unit#: 6F     Radio#:          Ofcr 1:      2330   Ofcr 2:      1920
      DSP: 03/20/13 18:17   ARV: 03/20/13 19:51   CLR: 03/20/13 23:57
    Unit#: ESU    Radio#:          Ofcr 1:      3072   Ofcr 2:      0368
      DSP: 03/20/13 18:17   ARV:            :   CLR: 03/20/13 19:25
    Unit#: 6LT    Radio#:          Ofcr 1:      1384   Ofcr 2:
      DSP: 03/20/13 18:19   ARV: 03/20/13 22:15   CLR: 03/20/13 22:24
    Unit#: ESU8   Radio#:          Ofcr 1:      P162   Ofcr 2:
      DSP:                 :   ARV: 03/20/13 18:20   CLR: 03/20/13 19:30
    Unit#: GLA    Radio#:          Ofcr 1:      3025   Ofcr 2:      2630
      DSP:                 :   ARV: 03/20/13 18:21   CLR: 03/20/13 19:28
    Unit#: 6G     Radio#:          Ofcr 1:      1921   Ofcr 2:
      DSP: 03/20/13 18:23   ARV: 03/20/13 18:27   CLR: 03/20/13 19:33
    Unit#: 6I     Radio#:          Ofcr 1:      0375   Ofcr 2:      2633
      DSP: 03/20/13 18:24   ARV:            :   CLR: 03/20/13 22:35
    Unit#: 6B     Radio#:          Ofcr 1:      1315   Ofcr 2:      0593
      DSP: 03/20/13 18:26   ARV:            :   CLR: 03/20/13 19:49
    Unit#: 6ST2   Radio#:          Ofcr 1:      3021   Ofcr 2:
      DSP: 03/20/13 18:26   ARV:            :   CLR: 03/20/13 22:11
    Unit#: TF2    Radio#:          Ofcr 1:      1909   Ofcr 2:      1312
      DSP:                 :   ARV: 03/20/13 18:35   CLR: 03/20/13 22:43
    Unit#: TF1    Radio#:          Ofcr 1:      3032   Ofcr 2:      0792
      DSP:                 :   ARV: 03/20/13 18:36   CLR: 03/20/13 22:43
    Unit#: TF7    Radio#:          Ofcr 1:      3062   Ofcr 2:
      DSP:                 :   ARV: 03/20/13 18:42   CLR: 03/20/13 22:13
    Unit#: DD33   Radio#:          Ofcr 1:      3000   Ofcr 2:      0490
      DSP:                 :   ARV: 03/20/13 18:47   CLR: 03/20/13 22:43
    Unit#: CIU    Radio#:          Ofcr 1:      P126   Ofcr 2:
      DSP: 03/20/13 18:48   ARV:            :   CLR: 03/20/13 19:57
    Unit#: 6C     Radio#:          Ofcr 1:      P127   Ofcr 2:      6018
      DSP: 03/20/13 18:58   ARV:            :   CLR: 03/20/13 20:11
    Unit#: 6ST1   Radio#:          Ofcr 1:      D011   Ofcr 2:      1934
      DSP: 03/20/13 18:58   ARV:            :   CLR: 03/20/13 19:52
  COMPL-MR. JAMES-308-2819                                          18:26:32
  COMPLAINT LIVES AT 70 W 3RD ST APT 10J 9146656985                 19:13:33

0000130

```
     SAYS SHE HEARD TO SHOTS AND SEEN A WHT VAN W/3 MALES         19:13:55
     ONE WITH A RED CAP AND 2 OTHERS WITH BLK ON GOING DOKWN      19:14:15
     S 9TH AV IN THE ABOVE WHIT VEH                               19:14:37
     ANOTHER COMPLAINT SEEN A MALE LIGHT SKIN W/RED HOODIE        19:15:02
     RUN TOWARDS EBONY GARDENS OPP FROM 70 W 3RD ST 3862375382    19:16:09
     FOUND A SHOT VICTIM AT 328 S 2ND AV @2033HRS                 20:39:58
  CAD System Narrative
     DANUFFA      CHANGED NATURE OF CALL FROM                     18:20:07

     DANUFFA      CHANGED ADDITIONAL INFORMATION FROM

     DANUFFA      CHANGED PHONE NUMBER FROM 0000000000            18:24:02

NAMES:
  Caller     : UNKNOWN,,,
  Complanant : UNKNOWN,,,
```

0000131