# EVIDENCE

## MOUNT VERNON POLICE DEPARTMENT



INCIDENT # 13 - 9571    DB CASE # _____

Evidence Description: 1 Consent to Search Form

Place Evidence Recovered: 325 S. 2nd Ave

Date: 3/20/13    Time: 2200

Suspect/Defendant: Unk

Victim: Renee Julien

Evidence Recovered By: Det. Hutchins #161

### CHECK EVIDENCE CATEGORY

| ARREST EVIDENCE | DECEDENT'S PROPERTY | FOUND PROPRTY | SAFEKEPPING |
|---|---|---|---|
| INVESTIGATION EVIDENCE | DESTRUCTION | SEIZURE | OTHER |

### Chain of Custody

| From | to | Date |
|---|---|---|
| | | |
| | | |
| | | |

COMPLETE BACK OF CARD

---

## DEFENDANT / SUSPECT / COMPLAINANT / VICTIM

# of Defendant(s) _____

Name Renee, Julien

Address 4135 Disney Ave

City/State: Bronx, NY 10466

Sex: M    Race: Black

D.O.B. 10 / 02 / 89

Date of Arrest: —

Charge: Assault 1

Name: _____

Address: _____

City/State: _____

Sex: _____ RACE: _____

D.O.B. _____/_____/_____

Date of Arrest: _____

Charge: _____



PENGAD 800-831-6989

DEFENDANT'S EXHIBIT

# VOLUNTARY WAIVER TO SEARCH AND SEIZE

I, _Niqecia Scott_ the undersigned, residing at, _328 south 2nd Ave_

_Mount Vernon_ in the _County_ of _Westchester_

in the _State_ of _New York_

in the State of New York, and being _23_

years of age, and my date of birth being _9/13/89_ ,

and after having been informed of my constitutional rights, not to have a
search conducted of the premises herein, without a search warrant, and of
my constitutional rights to refuse to consent to such search, I hereby
authorize _Det. Hutchins #161_ , of the
_Mount Vernon Police Dept_ , and the members of the _Mount_

_Vernon Police Dept_ , to conduct a complete search of the

~~premises,~~ located at _Vehicle Bearing NY Reg GEU-5700_

in the _____ of _____ in the _____

of _____ ,in the State of New York, which is at present

_328 S 2nd Ave Driveway_
_2001 Chevy Venture NY Reg GEU-5700_ by me.

(owned,leased,subletted, or possessed)

I at this time, do hereby voluntarily consent to a complete search of my
person. That the above Police Officers/Detectives, are in fact, authorized
by me, to take and remove from my person and the above mentioned
premises, any letters, papers, materials, documents, or any other property
which they deem and believe is necessary regarding the matter which is
under investigation by them.

At this time, I hereby give this written permission and consent of waiver to
the above name Police Officer/Detective _Hutchins #161_ , of the
_Mt Vernon Police Dept_ freely and without any threats or promises
of any kind.

Dated at the _____ of _____ : _____ of

_____ , State of New York, on the _20th_ day of _March_

_____ ,20_13_ .

_[signature]_

TIME: _2200_

DEFENDANT'S
EXHIBIT
H
12-215-20
PENGAD 800-831-6989