# EVIDENCE

**MOUNT VERNON POLICE DEPARTMENT**

INCIDENT # 13-9571   DB CASE # 431-2A

Evidence Description: Photographs of NP
Res: GEN-5700

Place Evidence Recovered: 328 S. 2nd Ave
Driveway

Date: 3/20/13   Time: _____

Suspect/Defendant: Unk

Victim: Rene, Jolien

Evidence Recovered By: Det. Hotchins #161

**CHECK EVIDENCE CATEGORY**

| ARREST EVIDENCE | DECEDENT'S PROPERTY | FOUND PROPRTY | SAFEKEPPING |
|---|---|---|---|
| (INVESTIGATION EVIDENCE) | DESTRUCTION | SEIZURE | OTHER |

**Chain of Custody**

From   to   Date

COMPLETE BACK OF CARD

---

## DEFENDANT / SUSPECT / COMPLAINANT / (VICTIM)

# of Defendant(s) _____

Name: Rene, Jolien            Name: _____
Address: 4139 Digney Ave      Address: _____
City/State: Bronx, NY. 10466  City/State: _____
Sex: M   Race: Black          Sex: ___ RACE: ___
D.O.B. 10 / 2 / 89            D.O.B. ___ / ___ / ___
Date of Arrest: —             Date of Arrest: _____
Charge: Assault 1             Charge: _____

**DEFENDANT'S EXHIBIT**

PENGAD 800-631-6989







