UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------X

VAUGHN SCOTT, NIGERIA SCOTT,
PRINCE SCOTT, ANDREE HARRIS,
BRENDA SCOTT, KRAIG UTLEY, COREY MARROW,
AS A MINOR CHILD, K.M., A MINOR CHILD,
AND JULIAN RENE,

        Plaintiffs,

    -against-

                14-CV-4441(SHS)

CITY OF MOUNT VERNON, ET AL.,

        Defendants.

----------------------X

HELD AT:    Office of Corporation Counsel
            1 Roosevelt Square
            Mount Vernon, New York 10550
            December 7, 2015
            10:45 a.m.


        Examination before Trial of the Plaintiff, ARABIA SCOTT, pursuant to Court Order, held at the above time and place before a Notary Public of the State of New York.

J & L REPORTING SERVICE
of Westchester, Inc.
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 682-1888
Lisa Dobbo, Reporter

A P P E A R A N C E S:

    STECKLOW COHEN & THOMPSON, PLLC
    Attorneys for the Plaintiffs
    Office & Post Office Address
    217 Centre Street, 6th Floor
    New York, New York 10013
    BY:  DAVID ALLEN THOMPSON, ESQUIRE

    THE OFFICE OF CORPORATION COUNSEL
    Attorneys for the Defendants
    Office & Post Office Address
    1 Roosevelt Square
    Mount Vernon, New York 10550
    BY:  WELTON K. WISHAM, ESQUIRE
        Of Counsel

ALSO PRESENT:  Corey Marrow

```
1                      A. SCOTT                    18
2    because we're searching and after that we
3    didn't say nothing else.
4              Q.   Did the cops injure you?
5              A.   No.
6              Q.   You were not injured in any
7    manner on March 20th, 2013?
8              MR. THOMPSON:  Objection to the
9         form.
10             MR. WISHAM:  Do you understand
11        what I'm asking?
12             THE WITNESS:  Yes.
13             Q.   Were you injured in any manner
14   by the police --
15             A.   I just said.
16             MR. WISHAM:  Let me finish the
17        question.
18             Q.   Were you injured in any manner
19   on March 20th, 2013 as a result of the
20   police officers entering your home?
21             A.   No.
22             MR. WISHAM:  All right, I don't
23        have anything further.
24             Whereupon this examination
25        concluded at 10:59 a.m.)
```