---------------------- X

In the Matter of the Claim of:

COREY MARROW,

        Claimant,

   -against-

THE CITY OF MOUNT VERNON
AND THE MOUNT VERNON POLICE DEPARTMENT,

        Respondents.

---------------------- X

HELD AT:     City of Mount Vernon
              Department of Law
              One Roosevelt Square
              Mount Vernon, New York 10550
              October 22, 2013
              11:49 a.m.

        Deposition of the Claimant, COREY MARROW, held pursuant to Section 50-h of the General Municipal Law of the State of New York, held at the above time and place before a Notary Public of the State of New York.

J & L REPORTING SERVICE
of Westchester, Inc.
200 East Post Road
White Plains, New York 10601
(914) 682-1888
Jacqueline A. Smith, Reporter

A P P E A R A N C E S:

        STECKLOW, COHEN & THOMPSON
        Attorneys for the Claimant
        Office & Post Office Address
        Ten Spring Street
        New York, New York  10012
        BY:  DAVID A. THOMPSON, ESQUIRE


        CITY OF MOUNT VERNON
        DEPARTMENT LAW
        Attorneys for the Respondent
        Office & Post Office Address
        One Roosevelt Square
        Mount Vernon, New York  10550
        BY:  HINA SHERWANI, ESQUIRE
             VIVIAN LEE, ESQUIRE


A L S O    P R E S E N T:

        ERIK HARRIS, STUDENT

2      Q.   And Kevin?

3      A.   Yes.

4      Q.   Anyone else in the household?

5      A.   As of now, no.

6      Q.   Do you have any other brothers

7 and sisters that don't live with you?

8      A.   Yes.

9      Q.   Who is that?

10     A.   Mequin Scott, M-e-q-u-i-n.

11     Q.   How old is Mequin?

12     A.   He is 23.

13     Q.   Anyone else?

14     A.   Franklin Nolan.  He is 29.

15     Q.   Okay.

16     A.   That's it.

17     Q.   During these incidents, were

18 they living with you?

19     A.   The two, no.

20     Q.   Let's start with the first

21 incident back in March of 2013.  Tell me

22 what happened.

23          MR. THOMPSON:  Objection to

24     form.  It calls for a narrative.

25     Q.   Okay.  If you understand the

2       friends come to your house?

3               A.      They came in the house all
4       together around approximately 5:45.

5               Q.      In the evening?

6               A.      Yes.

7               Q.      Where were you before that?

8               A.      Before that, we were --

9               Q.      I am sorry. When you say you
10      came at 5:45, was that all of the friends
11      that you mentioned?

12              A.      Yes.

13              Q.      And yourself?

14              A.      And my brother.

15              Q.      Which brother?

16              A.      Price Scott.

17              Q.      So, at approximately 5:45 in
18      the evening you returned home?

19              A.      Yes.

20              Q.      Where had you been?

21              A.      We were outside playing
22      basketball.

23              Q.      Where?

24              A.      Fourth Street Park.

25              Q.      How did you get there?

2          A.    I drove.

3          Q.    What did you drive?

4          A.    My sister's vehicle.

5          Q.    Describe it.

6          A.    It's a white, 2001 Chevy

7    Ventura minivan.

8          Q.    Is there any damage on that

9    car?

10         A.    Yes.

11         Q.    Describe it.

12         A.    At the time, it was, the back

13   windshield was out.

14         Q.    The back window?

15         A.    Yes, the back windshield.  The

16   back window to see out the rearview.

17         Q.    There is a term for that.

18         A.    Sorry.  I don't know it.

19         Q.    Describe what was damaged on

20   that.

21         A.    The window was out.  Somebody

22   broke the window out.  I had plastic.

23         Q.    Did you have any tape on it?

24         A.    Tape, yes.

25         Q.    What color was the tape?  Do

2   you remember?

3          A.    I don't remember the color of
4   the tape.

5          Q.    Any other damage on the van?

6          A.    No.

7          Q.    When had you gone to Fourth
8   Street Park?

9          A.    I had gone there at
10  approximately 3:30, 4:00. I don't know the
11  exact time.

12         Q.    Had you gone there alone or
13  with someone?

14         A.    I went there with may friends.

15         Q.    So, your friends met you
16  somewhere that day. Where did they meet you
17  first?

18             MR. THOMPSON: Objection to the
19             form. If you understand the
20             question, you can answer.

21         A.    They met me at the park.

22         Q.    So, did you go to the park
23  alone or were you with someone?

24         A.    I went to the park with Kraig
25  Utley.

```
 1                    C. MARROW                    17
 2   drove home.
 3          Q.    Where did you hear the
 4   gunshots?
 5          A.    I was on the corner.  I was on
 6   Ninth Avenue and Third Street.
 7          Q.    Did you see anybody?
 8                MR. THOMPSON:  Objection to
 9          form.
10          A.    No.
11          Q.    Were the gunshots coming from
12   in front of you, behind you, something else?
13          A.    I don't know.
14          Q.    Who was in your vehicle?
15          A.    My vehicle?  At the time I
16   heard gunshots?
17          Q.    Yes.
18          A.    It was me and Demetrius.
19          Q.    What did you do upon hearing
20   the gunshots?
21          A.    Upon hearing the gunshots, I
22   looked because I was parked.  I was not
23   driving.  I looked and I seen my friend
24   running.  So, I allowed him into my vehicle.
25          Q.    Who was that?
```

A.   Julien Renee.

Q.   Had he been shot?

A.   At the time, I did not know but he was.  When we got to my house, when he checked himself, he was grazed.

Q.   He did not tell you that?

A.   Huh?

Q.   Did he tell you that?

A.   He did not know at the time.

Q.   What did he say upon getting into your car, if anything?

A.   He did not say nothing but drive.

Q.   He said the word drive?

A.   Yes.

Q.   Had he come into the car running?

A.   Yes.

Q.   And you started to drive?

A.   Yes.

Q.   Where did you go?

A.   On my way home.  I went home.

Q.   Straight home?

A.   Yes.

A. He said that he seen someone that he a previous encounter with and they started shooting.

Q. Did you know how many shots were fired or anything like that?

A. Approximately, I don't know the exact number but approximately, three to six.

Q. Was anyone else shot or grazed, if you know?

A. Not that I know of.

Q. How did you know Julian Renee?

A. I knew him through my brother.

Q. Which one?

A. Prince Scott.

Q. How old is Julian?

A. Julian is 24.

Q. Did you park the car at any point?

A. When I returned home.

Q. Where did you park it?

A. In my driveway.

Q. Can you describe the driveway for me? Is it a single car? Is it adouble

            A.    Yes.

            Q.    What about your older sister?
Was she home?

            A.    No.

            Q.    Where was she?  Do you know?

            A.    She was at work.

            Q.    And that was her vehicle,
right?

            A.    Yes.

            Q.    Did there come a time when the
police arrived?

            A.    Yes.

            Q.    Can you describe what happened?

                  MR. THOMPSON:  Objection to
            form.

            Q.    Did they knock on the door?
How did you know?

                  MR. THOMPSON:  Objection to
            form.

            A.    The way I knew they arrived is
my mom informed me that they arrived.

            Q.    Okay.  Where were you when your
mom informed you within the house?

            A.    I was in my room.

2     is a door there and a door directly to your

3     left.  That's to the first floor apartment.

4     If you go up the steps, it's my door

5     directly when you get up the steps.  To the

6     left is two more doors.

7          Q.    When I go to the door of your

8     apartment, is there a living room first?

9     How does it work once you walk in?

10         A.    As soon as you open the door,

11    there is a little space but the living room

12    is right here, diagonally to your right.

13    You could see the living room.

14    (Indicating.)

15         Q.    Where are the bedrooms?

16         A.    One bedroom to the immediate

17    left after you open the door.  That's my

18    room.  After the living room, there is a

19    bedroom to your right.  Go passed the

20    kitchen is the bathroom.  To the left is

21    another bedroom.  Then, there is one more

22    bedroom.

23         Q.    When you were in your room,

24    when your mom told you that the police were

25    there, is that right?

```
                    C. MARROW                    33
          A.    Yes.
          Q.    Was your door closed or opened?
          A.    My room door was opened.
          Q.    Who else was in your room?
          A.    It was just me.
          Q.    Where were the other people?
          A.    They were in my brother's room.
          Q.    Which brother?
          A.    Kevin.
          Q.    Where is his room?
          A.    His room is right passed the
kitchen.
          Q.    Did you have a conversation
with the police that day?
          A.    That day at the house?
          Q.    Anywhere?
          A.    Well, yes.
          Q.    That was where?
          A.    At my house.
          Q.    What did they say to you and
what did you say to them?
          A.    I had different conversations
with different officers.
          Q.    How many officers did you have
```

2           A.    They cleaned it.

3           Q.    Did you go back to the station?

4           A.    Me?  No.

5           Q.    What other contact did you have

6     with the police that day?

7           A.    That day, I mean they held us

8     in the house for three hours, almost four

9     hours.

10          Q.    Anything else?

11          A.    That day, no.

12          Q.    Were you handcuffed?

13                MR. THOMPSON:  In the interest

14          of saving time, his arrest took place

15          a few days later.

16          Q.    Were you handcuffed that day?

17          A.    That day, no.

18                MR. THOMPSON:  That day now

19          being the 20th of March?

20                MISS SHERWANI:  Yes.

21          Q.    Then, a couple of days later

22    you had an encounter with the police again?

23          A.    Yes.

24          Q.    What happened?

25                MR. THOMPSON:  Objection to