INCIDENT #: 13-9571                    DETECTIVE DIVISION CASE #: 431-1A
CRIME: Assault 1st                CASE STATUS: ACTIVE
DATE REPORTED:  03/20/13               TIME REPORTED: 1817HRS

II. SCENE - GENERAL
    A. RESIDENTIAL/ROADWAY
        1.  Area is comprised of multi-family dwellings

        2.  Address
            a. W. 3rd St between S.7th & S. 9th Ave / North side of W. 3rd
            St. opposite 70 W. 3rd St.

        3.  Specific Area
            a. Street
            b. Early Evening Hours / Natural Light
            c. Clear

III. SCENE - CRIME
    A. Scene (if rooms-indicate appearance, street, car, etc.)
        1.  a. Exact location- W. 3rd St between S. 7th Ave & S. 9th Ave /
            opposite 70 W. 3rd St, North Side of W. 3rd St.

    B.  Physical Evidence - Victim
        1.  Rene. Julien DOB: 10/02/89
            a. Physical description: 5'10 / 170lbs
            b. Victim stated he was shot while walking E/B on W. 3rd St
            in front of 70 W. 3rd St.
            c. Description of victim's injuries: Small gunshot, graze
            wound to the right buttocks
            d. Disposition of victim: Treated at scene and released

    C.  Physical Evidence - General
        1.  Description of evidence
            1. One (1) 9mm silver colored spent shell casing, recovered
            from roadway by Det. Notafrancesco #126, at 1902hrs.
            2. One (1) 9mm silver colored spent shell casing, recovered
            from roadway by Det. Notarfrancesco #126, at 1903hrs.
            3. One (1) 9mm silver colored spent shell casing, recovered
            by P.O. Addision #2112, and turned over to Det.
            Notarfrancesco #126, at 1925hrs.
            4. Photographs of Crime Scene recovered by Det.
            Notarfrancesco #126.
            5. Photographs of (V1's) injuries, recovered by Det. Ibanez
            #131, at 328 S. 2th Ave 2nd floor apartment
            6. One (1) consent to search form, recovered by the
            undersigned at 2200hrs, in front of 328 S. 2nd Ave.
            7. Photographs of NY Reg. GEN-5700, recovered by the
            undersigned at 328 S. 2nd Ave.

    D.  Other Property:
        1.  Description of property
            a. 2001 Chevrolet Venture, White, Mini-Van
            VIN#: 1GNDU23E41D116277
            b. Registered owner- Scott, Nigeria M DOB: 09/13/89

*Plaintiff Exhibit #*

IV. PEOPLE
    A. Victim
       1. Rene, Julien / Black / M / 23 / DOB: 10/02/89
         a. Address: 4139 Digney Ave Bronx, N.Y. 10466
         b. Telephone number: (412) 709-2905
         c. ACCOUNT: (V1) states he was walking e/b on W. 3rd St, towards 70 W. 3rd St when he heard 5 gunshots. (V1) then says he ran w/b towards S. 9th Ave and saw his friend "C.J." driving a white van and jumped in and drove to 328 S. 2nd Av. When asked where his friend "C.J." was Rene said he already left.

    B. Witness
       1. Williams, Kevin / Black / M / 55 / DOB: 06/25/57
         a. Address: 215 S. 9th Ave Apt. 1F
         b. Telephone number: (914) 668-2958
         c. ACCOUNT: See attached statement

    C. All Persons on Scene
       1. Law Enforcement Personnel
         a. Lt. Olifiers #05, N.R.R.
         b. Sgt. Fischer #11, N.R.R.
         c. Sgt. Sexton #17, N.R.R.
         d. Det. Hutchins #161, submitted DD Case #431-1A
         e. Det. Ibanez #131, N.R.R.
         f. Det. Notarfrancesco #126, submitted DD supplemental
         g. Det. Castelhano #160 , N.R.R.
         h. P.O. LeFevre #2063, N.R.R.
         i. P.O. Addison #2112, submitted MV61-B
         j. P.O. Chery #2124, submitted MV-61 Inc# 13-9571
         k. P.O. Gregorio #2006, submitted MV61-B
         l. P.O. Santos #2058, N.R.R.
         m. P.O. Antonini #2138, N.R.R.
         n. P.O. Garcia #2061, N.R.R.
         o. P.O. Briley #2156, N.R.R.

    D. Suspects:
    1. Unknown

V. ADDITIONAL INFORMATION: The undersigned Detective was assigned to investigate the above incident. The undersigned responded to the area of S. 9th Ave on a reported shots fired. While responding a description of a white mini-van with a plastic cover as the back window was seen leaving the scene, traveling s/b on S. 9th Ave from W. 3rd St. The undersigned Detective was advised by P.O. Addison #2112 that he was approached by Solomon, Ronnie DOB: 06/17/03 who turned over one (1) silver colored spent 9mm shell casing to him. Mr. Solomon stated to P.O. Addison #2112 that he picked up the shell casing from the street opposite 70 W. 3rd St. While canvassing W. 3rd St between S. 7th and S. 9th Ave the undersigned located two (2) additional silver spent 9mm shell casings, which were secured by the undersigned and P.O. LeFevre #2063 until Det. Notarfrancesco #126 recovered said casings. While on our way to 328 S. 2nd Ave a radio transmission came over the air asking for additional units to respond. Upon arriving at 328 S. 2nd Ave with P.O. LeFevre #2063 patrol units and task force had the white minivan secured and were on the second floor of the residence conducting an investigation of the shots fired that took place in the vicinity of 70 W. 3rd St. While on scene Det. Ibanez #131 brought a witness by 328 S. 2nd Ave to identify the minivan as the van that he observed leaving the area of 215 S. 9th Ave at the time of the shooting. At this time the witness identified the van

in the driveway as the van he observed leaving the scene. The undersigned Detective, along with P.O. LeFevre #2063 responded back to HQ where we met with the witness and P.O. LeFevre #2063 took a typed written statement from the witness. At HQ the undersigned was notified that during the investigation officers on scene learned that (V1) was grazed in the right buttocks while in the areas of 70 W. 3rd St. (V1) refused to give any statement except for the above accountant. (V1) was treated at the scene and released. While at HQ the undersigned Detective spoke with Scott, Nigeria, who is the registered owner of the white minivan. After speaking with Ms. Scott over the phone she agreed and voluntarily gave the undersigned permission to search her vehicle. The undersigned Detective, along with P.O. LeFevre #2063 responded back to 328 S. 2nd Ave, where Ms. Scott signed a voluntary waiver allowing the undersigned to search her vehicle for any evidence pertaining to incident. This search yielded negative results. This case is closed due to the lack of cooperation from the victim Rene, Julien.

SUBMITTED BY: Det. C. Hutchins #161


DATE SUBMITTED: 03/26/2013



Certified By: _____