# New York State INCIDENT REPORT

| Field | Value |
|---|---|
| 1. Agency | MVPD |
| 2. Division/Precinct | B |
| 3. ORI | NY 0590300 |
| 4. Orig (X) / Supp | Orig |
| 5. Case No. | - |
| 6. Incident No. | 13-9571 |
| 7. Report Day | WED |
| 8. Date | 03.20.13 |
| 9. Report Time | 1817 |
| 10/11. Occurred On/From | WED 03.20.13 1817 |
| 12/13/14/15. Occurred To | WED 03.20.13 1817 |

## INCIDENT

- 16. Incident Type: ASSAULT 2ND
- 18. Weapon(s): HAND GUN
- 19. Incident Address: 215 S. 9TH AV.
- 20. City, State, Zip: MT. VERNON, NY 10550
- 21. Location Code: 6003

| 22. Off. No. | Law | Section | Sub | CL | CAT | DEG | ATT | Name of Offense | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL | 120.05 | 2 | D | F | 2 | C | ASSAULT 2ND | 1 | 1 |

24. No. of Suspects: X

## ASSOCIATED PERSONS

| Type/No | Name | DOB | Address | Telephone |
|---|---|---|---|---|
| C,V, 1 | RENE, JULIEN | 10-02-89 | 4139 DIGNEY AV, BRONX, NY 10466 | 912-709-2905 |

## VICTIM

- 27. DOB: 10-02-89
- 28. Age: 23
- 29. Sex: M
- 30. Race: Black
- 31. Ethnic: Non-Hispanic
- 32. Handicap: No
- 33. Residence Status: Resident
- 34. Victim DID receive information on Victim's Rights: (blank)

## SUSPECT / MISSING / ARRESTED PERSON

All fields marked X (unknown).

## PROPERTY

| Suspect No | Status | Type | Quantity/Measure | Make/Drug Type | Model | Serial | Description | Value |
|---|---|---|---|---|---|---|---|---|
| S | 05 | 49 | 3 | - | - | - | SHELL CASINGS | X |

## VEHICLE

- 60. Vehicle Status: 04
- 69. Style: MINI VAN
- 71. Color: WHI
- 73. Vehicle Notes: PLASTIC BAG IN REAR WINDOW

## NARRATIVE

74. PO BENNETT #2120 AND I WERE DISPATCHED TO THE ABOVE LOCATION FOR MULTIPLE REPORTS OF SHOTS BEING FIRED IN THE AREA. UPON OUR ARRIVAL I SPOKE TO AN UNCOOPERATIVE WITNESS (FEMALE-BLK, EARLY 50'S, WEARING RED SHIRT & BLUE JEANS) WHO STATED SHE SAW SOME GUYS LEAVING THE SCENE IN THE ABOVE LISTED VEHICLE AFTER THE SHOTS WERE FIRED. AFTER SPEAKING TO THIS WITNESS I WAS DIRECTED BY SGT. FISCHER TO BLOCK OFF SOUTH BOUND TRAFFIC ON S. 9TH AV. AND W. 2ND ST. TO PRESERVE THE CRIME SCENE. DET. NOTAREFRANCESCO RESPONDED TO THE SCENE AND RECOVERED THREE SHELL CASINGS ON THE ROADWAY OPP. TO W. 3RD ST. AT APPROX. 1830 HRS PO GREGORIO #2006 OBSERVED A VEHICLE FITTING THE DESCRIPTION OF THE ABOVE LISTED VEHICLE IFO 328 S. 2ND AV.. PO GREGORIO WAS THEN ABLE TO LOCATE C/V (MR. RENE) WHO WAS GRAZED IN THE BUTTOCK FROM THE SHOTS FIRED IN THIS INCIDENT AT THE ABOVE LOCATION. C/V WAS UNABLE TO PROVIDE SUSPECT INFO.

## ADMINISTRATIVE

- 78. Reporting Officer Signature: PO [signature] #2124 1920
- 82. Status: Open
- 83. Status Date: 03.20.13
- 84. Notified/TOT: DET. HUTCHINS #161
- Page: 1

DCJS-3205 (11/06) *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME. PURSUANT TO THE NEW YORK STATE PENAL LAW.

0000083