| 1. Agency | 2. Division/Precinct | New York State SUPPLEMENTAL REPORT | Supplement To: | 3. Incident No. | 4. Arrest No. |
|---|---|---|---|---|---|
| MVPD | B | | | 13-9571 | |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 03 20 13 | 1817 | SOCIETY | Shots Fired Investigation |

**9. Narrative** (indicate Block No. in left margin):

On above date and time, PO Santos and I responded to the area of South 9th Ave and 3rd Street on a report of shots fired. While responding to area, a description of a male black wearing a red sweatshirt running through Ebony Gardens was put over the radio. PO Santos and I set up a perimeter at the South 8th Ave dead end. A canvass for a male black wearing a red sweatshirt was met with negative results. Dispatch then put out over the radio that multiple suspects(unknown) were seen getting into a white van with a shattered rear windshield at South 9th Ave and 3rd Street. The white van was seen traveling S/B on South 9th Ave from 3rd Street. PO Santos and I then went on a canvass for the white van. While canvassing for white van, I observed a white van parked in the driveway of 328 South 2nd Ave with a shattered rear windshield and plastic wrap covering the rear windshield. The engine of the vehicle was still warm.

The white van had a registration of NY- GEN5700. A motor vehicle listing revealed the registered owner to be Scott, Nigeria. A perimeter was set up outside of 328 South 2nd Ave. Sgt. Sexton on scene. I then went up to the 2nd floor with Sgt. Sexton and spoke with Scott, Brenda and Scott, Vaughn who stated that the white mini-van was owned by her daughter Scott, Nigeria. I could observe approx. 6 males in the apartment. While speaking with Scott, Brenda, two male parties approached the doorway and began yelling and shouting obscenities. The two males were known to this officer as Scott, Prince and Marrow, Corey. I observed both parties to be sweating profusely and breathing rapidly. When asked if anybody had been operating the white van, a black male came forward, later identified as Rene, Julien, stated that he was driving the van by himself. Sgt. Fisher on scene. Scott, Brenda was advised that we were investigating a shooting that took place approx. 15 minutes in the past involving her granddaughter's white van. When asked if we could enter the apartment, Scott, Brenda stated, "Okay." Other parties in the apartment were identified as Utley, Kraig, Howell, James, Basin, Turone.J, Marrow, Kevin, Scott, Arabia, Harris,Andre, M, Royal-King, Damitrius and Ogunjana, Martha,L.

While in apartment, Julien Rene stated, " I don't know why you are here, I'm the one who got shot." Rene,Julien then pulled pants down and showed this officer and small grazed bullet wound on the right buttocks. An ambulance was called and Rene, Julien was treated on scene. While being treated, I asked Rene, Julien what happened to him. Rene, Julien stated, " I

| 10. Inquiries (Check all that apply): ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 11. NYSPIN Message No | 12. | | TOTAL 20. |
|---|---|---|---|---|
| 13. Reporting Officer Signature (Include Rank) PO Fregoe #3206 | 14. ID No. 1312 | 15. Supervisor's Signature (Include Rank) | 16. ID No. | Page 2 of Pages |
| 17. Case Status ☑ Open ☐ Closed ☐ Vict. Refused to Coop. ☐ Arrest ☐ Pros. Declined ☐ Unfounded ☐ CBI ☐ Juv - No Custody ☐ Arrest - Juv ☐ Offender Dead ☐ Warrant Advised ☐ Extrad Declined ☐ Unknown | | 18. Status Date 03 20 13 | 19. Notified/TOT DET. HUTCHINS | B use cover sheet |

DCJS-3206 (6/96) False statements made herein, are punishable as a class A misdemeanor pursuant to the NYS Penal Law.
Copyright © 1993 by New York State Division of Criminal Justice Services

0000135

| 1. Agency | 2. Division/Precinct | New York State | Supplement | 3. Incident No | 4. Arrest No |
|---|---|---|---|---|---|
| MVPD | B | SUPPLEMENTAL REPORT | To: | 13-9571 | |

| 5. Date | 6. Time of Report | 7. Complainant Name | 8. |
|---|---|---|---|
| 03/20/13 | 1817 | SOCIETY | Shots Fired Investigation |

**Block No.** | **9. Narrative (Indicate Block No. in left margin)**

was walking in front of 70 West 3rd Street towards 7th Ave when I heard five gunshots. I then ran towards South 9th Ave and saw my friend CJ driving a white van. I jumped into the van with him and we drove here." I asked where CJ was, to which Rene, Julien responded, " He's not here, he left." Rene, Julien declined to give any more information to this officer.

Scott, Nigeria responded to 328 South 2nd Ave and signed a consent to search the above listed vehicle (NY-GEN 5700). Refer to Det. Hutchins for further. Lt. Olifiers and Sgt. Starace also on scene.

10. Inquiries (Check all that apply)
☐ DMV  ☐ Want/Warrant  ☐ Scofflaw
☐ Crim. History  ☐ Stolen Property  ☐ Other
11. NYSPIN Message No.
13. Reporting Officer Signature (Include Rank)
PO Augusto #586
14. ID No. 131
15. Supervisor's Signature (Include Rank)
16. ID No.
17. Case Status  ☒ Open  ☐ Closed (If Closed, check box below)
☐ Vict. Refused to Coop.  ☐ Arrest  ☐ Pros. Declined  ☐ Warrant Advised  ☐ Unfounded
☐ CBI  ☐ Juv - No Custody  ☐ Arrest - Juv  ☐ Offender Dead  ☐ Extrad Declined  ☐ Unknown
18. Status Date 03/20/13
19. Notified/TOT DET. HUTCHINS
TOTAL 20
Page 2 of 2 Pages
B use cover sheet

DCJS-3206 (6/96) False statements made herein, are punishable as a class A misdemeanor pursuant to the NYS Penal Law.
Copyright ©1993 by New York State Division of Criminal Justice Services

0000136