| | |
|---|---|
| 1. Agency: Mt Vernon Police | 2. Division/Precinct: B |
| New York State SUPPLEMENTAL REPORT | Supplement To: — / 3. Incident No: 13-9571 / 4. Arrest No: — |
| 5. Date: 3/20/13 | 6. Time of Report: 1817 | 7. Complainant Name: Society | 8. Assault 2nd Degree 3/29/13 / Reckless Endangerment |

**9. Narrative:**

Dispatched to the area of South 9th Avenue and West 3rd Street on a reported shots fired. I, along with PO Hanlon canvassed the area of West 3rd Street between South 7th Avenue to South 9th Avenue, including 111 and 103 West 3rd Street. A canvass within those two addresses showed no witnesses, evidence or damage. No video cameras observed except PD camera at South 7th Avenue & West 3rd Street. While in the rear of 103 West 3rd Street, I was approached by interviewed party (Solomon Ronnie 6/17/03, 240 S. 7th Avenue) who says he did not witness the shooting, but he did observe shell casings near the storm drain to the east of 103 West 3rd Street and had picked up one of the casings. Solomon then gave it to me and I received it in a gloved hand. Lt. Oliferis and PO Lefevre were notified and responded to the storm drain area along with me. The shell casing that I recovered was later turned over to Det. Notafrancesco.

A further canvass of the north side of West 3rd Street between N. 7th and N. 9th Avenues did not reveal any further evidence, damage or witnesses. The shell casing recovered by me was a silver color casing stamped 'FC' and '9MM' on the base.

**10. Inquiries:** ☐ DMV ☐ Want/Warrant ☒ Scofflaw ☐ Crim History ☒ Stolen Property ☐ Other

**13. Reporting Officer Signature (Include Rank):** PO G Basso  **14. ID No:** 2112

**15. Supervisor's Signature (Include Rank):** [signature] 3025

**17. Case Status:** ☒ Open ☐ Closed ☐ Unfounded
☐ Vict. Refused to Coop ☐ Arrest ☐ Pros. Declined ☐ Warrant Advised
☐ CBI ☐ Juv - No Custody ☐ Arrest - Juv ☐ Offender Dead ☐ Extrad Declined ☐ Unknown

**18. Status Date:** 3/20/13  **19. Notified/TOT:** Det Notafrancesco

DCJS-3206 (6/96) *False statements made herein, are punishable as a class A misdemeanor pursuant to the NYS Penal Law*
Copyright © 1993 by New York State Division of Criminal Justice Services

000008