Mount Vernon Police Department                       A E G I S   P U B L I C   S A F E T Y   S Y S T E M                             PAGE      1
DATE: 07/02/2013                                                    ADULT PROFILE SHEET                                              PL0290
TIME: 15:33:37                                                                                          CR1#: NY0590300              JUSTICH

Jacket#            Name                                                           Driver Lic           State Social Security
===============================================================================================================================
193420A  SCOTT, PRINCE, D.                                                                                          Age: 25

Address:                                                    Phone:                    D.O.B:                Sex: Male
Race: Black     Height: 5'11    Weight: 170    Eye Color: Brown    Hair Color: Black

Additional Characteristics
Build . . . . : Medium        Complexion . . . . : MEDIUM       Appearance . . . . . :            Facial Shape . . . :
School . . . :                Occupation . . . . :              Ethnic Origin . . . : Non/Hispnc  Citizenship . . . :
Marital Status:               # of Dependants . :               Tribe . . . . . . . :              Emancipation Date :
Gang Affiliation :            Hate Group . . . . :              Religion . . . . . :

Previous Addresses
Entry Date    Previous Address                                                                City        State    Zip     Resident From:  Resident To:
11/20/2012
11/26/2012
05/09/2012
04/05/2012
04/04/2012
12/16/2011
07/28/2011
06/07/2011
05/07/2011
04/01/2011
03/18/2009
05/10/2008
05/02/2008
12/27/2006

Associated Property
Entry Date   Reason    Status      Status Date        Make        Model       Description
11/26/2012   Owner                                                            MARIJUANA
11/19/2012   Owner                                                            MARIJUANA
05/17/2012   Owner                                                            MARIJUANA

Associated Numbers
Type        Id #                  Issue State     Issue Date       Expiration Date
B-Number    34576

Additional Contact Info
Contact Info         Date Entered     Contact Information
HomePhone#           03/03/2009                         Ext :
HomePhone#           03/18/2009                         Ext :

INCIDENT#           DATE           INCIDENT TYPE        CALL/COMP/OTHR       LOCATION                   CITY
200500041305        11/21/2005     ***1124***           CALLER                                          Mt Vernon
200800013552        05/01/2008     ***1079***           CALLER                                          Mt Vernon
200900008564        03/01/2009     ***1054***           COMPLAINANT                                     Mt Vernon
201010003184        07/28/2011     ***1052***           COMPLAINANT                                     Mt Vernon

Arrest#            Case              Date    Time   Location                                Arst Type   Arresting Officer
52548              2013-0001032   03/26/13  14:08                                           CIP         3067  GARCIA, JESUS,.
                   CHARGE: PL 240.20                OVO                DISORDERLY CONDUCT               CRIME CODE: 00900  DISP/DATE:

0000173

000174

```
Mount Vernon Police Department        A E G I S   P U B L I C   S A F E T Y   S Y S T E M                              PAGE     2
DATE: 07/02/2013                                     ADULT PROFILE SHEET              ORI#: NY0590300 M V P D                      PL0290
TIME: 15:33:37                                                                                                                     JJUSTICH

Jacket#   Name                                                          Driver Lic              State Social Security
=====================================================================================================  Age:  25
 193420A  SCOTT,PRINCE,D.
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    MISC 2        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00                  0792  BRUCE,KENNETH,,
    CONFINEMENT   :               FACILITY: N 4TH STREET S. 4TH AVE PROBATION.     :                                      DISP/DATE:
      2013-00009571  03/22/13 22:15                             CIP
      CHARGE: PL 195.05 AM2           OBSTRUCT GOVERNMENTL ADMI                     CRIME CODE: 0090Z
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    MISC 2        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00                  0792  BRUCE,KENNETH,,
    CONFINEMENT   :               FACILITY: 128 S 4TH AVE           PROBATION.     :                                      DISP/DATE:
      2012-00042631  11/19/12 22:04  OVO                            CIP
      CHARGE: PL 221.05                       UNLAW POSS MARIHUANA                  CRIME CODE: 0635A
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    MISC 2        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00                  1321  ZAPON,DAVID,,
    CONFINEMENT   :               FACILITY: 28 E 3RD STREET         PROBATION.     :                                      DISP/DATE:
      2012-00040848  11/05/12 13:40  OVO                            CIP
      CHARGE: PL 221.05                       UNLAW POSS MARIHUANA                  CRIME CODE: 0635A
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    MISC 2        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00                  P023  RAGHU,ARNOLD,,
    CONFINEMENT   :               FACILITY: 2 N ROOSEVELT SQ        PROBATION.     :  Bench Warr                          DISP/DATE:
      2012-00016539  06/04/12 11:30                ARREST - WARRANT                 CRIME CODE: MISCL
      CHARGE: 54.06
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    MISC 2        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00                  0483  ANTONINI,CAMILO,R,
    CONFINEMENT   :               FACILITY: 16 MOUNT VERNON AVE     PROBATION.     :  CIP                                 DISP/DATE:
      2012-00016539  05/09/12 15:50  OVO                            UNLAW POSS MARIHUANA                  CRIME CODE: 0635A
      CHARGE: PL 221.05
    ARRAIGN. JUDGE:                          RETURN JUDGE   :
    DISPOSITION   :                          DISPO DATE     :
    MISC 1        :
    SENTENCE      :                                                 SENT DATE      :
    COURT COSTS   :          .00  FINE    . :          .00          RESTITUTION.   :           .00
```

Mount Vernon Police Department
DATE: 07/02/2013
TIME: 15:33:37

A E G I S   P U B L I C   S A F E T Y   S Y S T E M

PAGE 3
P10290
JJUSTICH

ADULT PROFILE SHEET

Jacket#   Name                                      Driver Lic           ORI# NY0590300 M V P D
193420A  SCOTT,PRINCE,D                                      State Social Security    Age: 25

000175

```
      CONFINEMENT  . :
49998     2012-00012190  04/04/12 15:45  23 E 3RD ST         PROBATION  . :  Complaint
          CHARGE: PL 215.50          AM2            CRIMINAL CONTEMPT 2ND          CRIME CODE: 00502   1920 CHERY,DILLAN,,
      ARRAIGN. JUDGE:                RETURN JUDGE  :                                                   DISP/DATE:
      DISPOSITION. :                 DISPO DATE    :
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
      CONFINEMENT. :                 FACILITY . :              RESTITUTION. :          .00
          CHARGE: PL 120.14          01 AM2         MENACING 2ND                   PROBATION  . :
      ARRAIGN. JUDGE:                RETURN JUDGE  :                                CRIME CODE: 0013A   DISP/DATE:
      DISPOSITION. :                 DISPO DATE    :
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
      CONFINEMENT. :                 FACILITY . :              RESTITUTION. :          .00
          CHARGE: PL 221.05          OVO            UNLAW POSS MARIHUANA           PROBATION  . :
      ARRAIGN. JUDGE:                RETURN JUDGE  :                                CRIME CODE: 0035A   DISP/DATE:
      DISPOSITION. :                 DISPO DATE    :
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
      CONFINEMENT. :                 FACILITY . :              RESTITUTION. :          .00
49253     2011-00051165  12/16/11 13:00  G 3RD AV                                    CPD
          CHARGE: PL 221.05          OVO            UNLAW POSS MARIHUANA           CRIME CODE: 0035A
      ARRAIGN. JUDGE:                RETURN JUDGE  :                                                   1905 DELLADONNA,MICHAEL,,
      DISPOSITION. :                 DISPO DATE    :                                                   DISP/DATE:
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
      CONFINEMENT. :                 FACILITY . :              RESTITUTION. :          .00
          CHARGE: PL 221.10          BM5            CRIM POSS MARIHUANA 5TH        PROBATION  . :
      ARRAIGN. JUDGE:                RETURN JUDGE  :                                CRIME CODE: 0035A   DISP/DATE:
      DISPOSITION. :                 DISPO DATE    :
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
      CONFINEMENT. :                 FACILITY . :              RESTITUTION. :          .00
48585     2011-00032873  09/01/11 12:00  2 N ROOSEVELT AV                          ArrestWarr         P126 NOTARFRANCESCO,JAMES,,
          CHARGE: PL 160.15          03 BF1         ROB FORCBLE THEFT W/USE-       CRIME CODE: 00120   DISP/DATE:
      ARRAIGN. JUDGE:                RETURN JUDGE  :
      DISPOSITION. :                 DISPO DATE    :
      MISC 1 . . . :
      MISC 2 . . . :
      SENTENCE . . :
      COURT COSTS. :        .00  FINE . . . . :          .00  SENT DATE    . :
                                                              RESTITUTION. :          .00
```

0000176

```
Mount Vernon Police Department              A E G I S   P U B L I C   S A F E T Y   S Y S T E M                           PAGE     4
DATE: 07/02/2013                                         ADULT PROFILE SHEET                                              PL0290
TIME: 15:33:37                                                                   ORI#: NY0590400 M V P D                  JJUSTICH

Jacket#    Name                                                                  Driver Lic         State Social Security
==============================================================================================================================
193420A SCOTT,PRINCE,D.                                                                                      Age:   25

46345  CONFINEMENT  :                          FACILITY  :                  PROBATION .  :
         2011-00031170  07/27/11 23:50   5  S  BLEEKER ST                              CFP          1921 CAPRIO,MICHAEL..
        CHARGE: PL 205.30              AM0    RESISTING ARREST                        CRIME CODE: 00902  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :
   COURT COSTS. . :        .00 FINE . .  :       .00       SENT DATE   . :
   CONFINEMENT  . :                      FACILITY  :                 RESTITUTION.  :
         2011-00018043  05/07/11 20:53  42  E  THIRD ST                    PROBATION .  :           ArrestWarr  2936 ORTIZ,VICTOR,M.
        CHARGE: PL 140.25          02   CF2    BURGLARY 2ND DEGREE; ILLE              CRIME CODE: 00220  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :
   COURT COSTS. . :        .00 FINE . .  :       .00       SENT DATE   . :
   CONFINEMENT  . :                      FACILITY  :                 RESTITUTION.  :
         2009-00010970  03/18/09 18:52   2  ROOSEVELT SQ                   PROBATION .  :           Other      2941 VANDERPOOL,WAYNE,M.
43551   CHARGE: PL 215.51              EF1    CRIMINAL CONTEMPT 1ST                   CRIME CODE: 0013C  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :
   COURT COSTS. . :        .00 FINE . .  :       .00       SENT DATE   . :
   CONFINEMENT  . :                      FACILITY  :                 RESTITUTION.  :
        CHARGE: PL 215.11              EF3    TAMPER WITH WITNESS-3                  CRIME CODE: 0013C  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :
   COURT COSTS. . :        .00 FINE . .  :       .00       SENT DATE   . :
   CONFINEMENT  . :                      FACILITY  :                 RESTITUTION.  :
                                         BM3                              PROBATION .  :
        CHARGE: PL 120.15              BM1    MENACING 3RD                            CRIME CODE: 0013C  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :
   COURT COSTS. . :        .00 FINE . .  :       .00       SENT DATE   . :
   CONFINEMENT  . :                      FACILITY  :                 RESTITUTION.  :
         2009-00005848  02/10/09 15:20 121  4TH AV                         PROBATION .  :           ArrestWarr  3025 ADDISON,GREGORY,R.
43401   CHARGE: PL 215.51              EF1    CRIMINAL CONTEMPT 1ST                   CRIME CODE: 0013C  DISP/DATE:
   ARRAIGN. JUDGE:                      RETURN JUDGE :
   DISPOSITION  . :                     DISPO DATE   :
   MISC 1 . . . . :
   MISC 2 . . . . :
   SENTENCE . . . :                                                                  SENT DATE   . :
```

```
Mount Vernon Police Department          A E G I S   P U B L I C   S A F E T Y   S Y S T E M                    PAGE    5
DATE: 07/02/2013                                                                                               PL0290
TIME: 15:33:37                                   ADULT PROFILE SHEET                                           JJUSTICH

Jacket#    Name                                                          ORI#: NY0590300 M V P D
================================================================================================================
 193420A   SCOTT,PRINCE,D.                                  Driver Lic            State Social Security   Age:   25
================================================================================================================
 42436     2008-00024088  07/27/08          .00 FINE       :     .00  RESTITUTION :     .00
           COURT COSTS   :         FACILITY :   26  205 S 5TH AV    PROBATION :                  ArrestWarr    0483  ANTONINI,CAMILO,R.
           CONFINEMENT   :                       EF1     CRIMINAL CONTEMPT 1ST          CRIME CODE: 0013C  DISP/DATE:
           CHARGE: PL 215.51    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
           MISC 2        :
           SENTENCE      :                                         SENT DATE
           COURT COSTS   :         FINE      :     .00   RESTITUTION :     .00
 42435     2008-00024088  07/27/08          .00 FACILITY :   24  205 S 5TH AV    PROBATION :                  ArrestWarr    0483  ANTONINI,CAMILO,R.
           CONFINEMENT   :                       EF1     CRIMINAL CONTEMPT 1ST          CRIME CODE: 0013C  DISP/DATE:
           CHARGE: PL 215.51    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
           MISC 2        :
           SENTENCE      :                                         SENT DATE
           COURT COSTS   :         FINE      :     .00   RESTITUTION :     .00
 42312     2008-00023572  07/01/08  11:05  HQ                   PROBATION :                  ArrestWarr    P184  MCEACHIN,ANTHONY,J.
           CONFINEMENT   :                       AM3     ASSAULT -3RD                   CRIME CODE: 0013B  DISP/DATE:
           CHARGE: PL 120.00    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
           MISC 2        :
           SENTENCE      :                                         SENT DATE
           COURT COSTS   :         FINE      :     .00   RESTITUTION :     .00
 38951     2006-00044578  11/20/06  14:30  150 S 7TH AV          PROBATION :                  Complaint     DD36  PALMER,LEROY,JR.
           CONFINEMENT   :                       BF1     ASSAULT 1ST DEGREE             CRIME CODE: 0013A  DISP/DATE:
           CHARGE: PL 120.10    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
           MISC 2        :
           SENTENCE      :                                         SENT DATE
           COURT COSTS   :         FINE      :     .00   RESTITUTION :     .00
 36459     2005-00041305  11/21/05   4:47  15 S 15TH AV          PROBATION :                  Complaint     3062  SEXTON,STEVEN,.
           CONFINEMENT   :                       AM3     ASSAULT -3RD                   CRIME CODE: 0013B  DISP/DATE:
           CHARGE: PL 120.00    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
           MISC 2        :
           SENTENCE      :                                         SENT DATE
           COURT COSTS   :         FINE      :     .00   RESTITUTION :     .00
           CONFINEMENT   :         FACILITY :  01  OV2     HARRASSMENT 2ND- PHY CONT    CRIME CODE: 0013B  DISP/DATE:
           CHARGE: PL 240.26    RETURN JUDGE :
           ARRAIGN. JUDGE:                      DISPO DATE :
           DISPOSITION   :
           MISC 1        :
```

000177

```
Mount Vernon Police Department          A E G I S   P U B L I C   S A F E T Y   S Y S T E M                    PAGE    6
DATE: 07/02/2013                                                                                               PL0290
TIME: 15:31:37                              ADULT PROFILE SHEET                OR1#: NY0590300 M V P D         JJUSTICH

Jacket#           Name                                                     Driver Lic       State Social Security
  193420A  SCOTT,PRINCE,D,                                                                                  Age:  25
===============================================================================================================================
  MISC 2        . . :
  SENTENCE      . . :                                              SENT DATE     . :
  COURT COSTS   . . :       .00  FINE . . . :        .00  RESTITUTION . :       .00
  CONFINEMENT   . . :            FACILITY . :            PROBATION . . :

SUBJECT CASE#     CASE DATE   CASE TYPE    SUBJECT TYPE  PRIMARY  CASE STATUS  CASE LOCATION
2011-00013015    03/31/2011   ***1150***   Informtnal    NO       Closed       18 E 3RD AV

2012-00004650    02/06/2012   ***1110***   Informtnal    NO       Closed       S 1ST AV

2005-00041105    11/21/2005   ***1124***   Suspect       YES      Clsd Arrst   15 S 15TH AV

2006-00043962    11/12/2006   ***1049***   Suspect       YES      Closed       18 MONROE ST

2006-00044678    11/17/2006   ***A104***   Suspect       YES      Clsd Arrst   S 7TH AV

2007-00015915    05/03/2007   ***1139***   Suspect       YES      Closed       248 S 3RD AV

2008-00015915    05/22/2008   ***1131***   Suspect       YES      Closed       2ND ST

2008-00020572    06/26/2008   ***1124***   Suspect       YES      ClsbyArrtA   4 W 4TH ST

2008-00024088    07/23/2008   ***1049***   Suspect       YES      ClsbyArrtA   4TH AV

2009-00095818    02/10/2009   ***1124***   Suspect       YES      ClrbyArrtA   123 4TH AV

2009-00010970    03/17/2009   ***1124***   Suspect       YES      ClrbyArrtA   S 4TH ST

2011-00018013    05/03/2011   ***1104***   Suspect       YES      ClrbyArrtA   32 N TERRACE AV APT 2

2011-00031170    07/27/2011   ***1130***   Suspect       YES      ClsbyArrtA   44 S BLEEKER ST
  PROPERTY:                TYPE : Drugs            CODE. :       DATE RECEIVED: 07/27/2011
    MAKE . :               MODEL:                  COLOR :       CCND. MARIJUANA
    REG # :                STATE:                  YEAR. :       EXP DT:

2011-00032873    08/09/2011   ***A103***   Suspect       YES      ClsbyArrtA   271 4TH AV

2011-00051165    12/16/2011   ***1110***   Suspect       YES      ClsbyArrtA   S 3RD AV
  PROPERTY:                TYPE : Drugs            CODE. :       DATE RECEIVED: 12/16/2011
    MAKE . :               MODEL:                  COLOR :       CCND. MARIJUANA
    REG # :                STATE:                  YEAR. :       EXP DT:

2012-00012190    04/04/2012   ***1104***   Suspect       YES      ClsbyArrtA   S 2ND AV
  PROPERTY:                TYPE : Drugs            CODE. :       DATE RECEIVED: 04/04/2012
    MAKE . :               MODEL:                  COLOR :       CCND. MARIJUANA
    REG # :                STATE:                  YEAR. :       EXP DT:
```

0000178

000179

```
Mount Vernon Police Department          A E G I S   P U B L I C   S A F E T Y   S Y S T E M                         PAGE:     7
DATE: 07/02/2013                                                                                                     P10290
TIME: 15:33:37                                        ADULT PROFILE SHEET       ORI#: NY0590300 M V P D              JJUSTICH
Jacket#         Name                                                            Driver Lic       State Social Security
  193420A  SCOTT,PRINCE,D.                                                                                     Age:    25

2013-00016539 05/09/2012  ***1110*** Suspect       YES   ClrbyArrtA
          PROPERTY:             TYPE : Drugs             CODE. : Seized       DATE RECEIVED: 05/09/2012
          MAKE  :                MODEL:                   COLOR :              COND. MARIJUANA
          REG # :                STATE:                   YEAR. :              EXP DT:

2012-00026648 09/25/2012  ***1104*** Suspect       YES   Closed

2012-00040848 11/05/2012  ***1110*** Suspect       YES   ClrbyArrtA
          PROPERTY:             TYPE : Drugs             CODE. : Seized       DATE RECEIVED: 11/05/2012
          MAKE  :                MODEL:                   COLOR :              COND. MARIJUANA
          REG # :                STATE:                   YEAR. :              EXP DT:

2012-00042631 11/19/2012  ***1110*** Suspect       YES   ClrbyArrtA
          PROPERTY:             TYPE : Drugs             CODE. : Seized       DATE RECEIVED: 11/19/2012
          MAKE  :                MODEL:                   COLOR :              COND. MARIJUANA
          REG # :                STATE:                   YEAR. :              EXP DT:

2013-00009571 03/20/2013  ***1104*** Suspect       YES   ClrbyArrtA
2013-00010332 03/26/2013  ***1130*** Suspect       YES   ClrbyArrtA

BOOKING#       DATE       CASE#             PRISONER TYPE
2013-00000571  03/26/2013 201300010332      Wait Court
2013-00000554  03/22/2013 201300009571      arrest
2012-00002295  11/20/2012 201200042631      arrest
2012-00002205  11/05/2012 201200040848      Wait Court
2012-00001046  06/04/2012 201200016539
2012-00000870  05/09/2012 201200016539      Wait Court
2012-00000642  04/04/2012 201200012190      arrest
2011-00003599  12/16/2011 201100051165
2011-00003024  09/01/2011 201100031170
2011-00002820  07/28/2011 201100031170
2011-00002381  05/07/2011 201100018043
2009-00000321  03/18/2009
2009-00000185  02/13/2009                   Wait Court
2008-00000936  07/27/2008                   arrest
2008-00000820  07/01/2008
2006-00001447  11/20/2006

WARRANT NUMBER             DATE       CATEGORY       TYPE      STATUS       DATE       REASON
 2008-02810             06/27/2008    Non-Felony    misdwar    Canceled  07/01/08       WR
OFFENSE                                CRIME CODE     CASE                 DATE
 ASSAULT -3RD                          0013B          0042-00001207     06/27/08
```

0ST0000

```
Mount Vernon Police Department        A E G I S   P U B L I C   S A F E T Y   S Y S T E M                           PAGE    8
DATE: 07/02/2013                                                                                                    PL0290
TIME: 15:33:37                              ADULT PROFILE SHEET              ORI#: NY0590300 M V P D                JJUSTICH

Jacket#    Name                                              Driver Lic           State Social Security
 193420A   SCOTT,PRINCE,D.                                                                            Age:   24

2008-03270    07/25/2008      Non-Felony    misdwar    Canceled       07/28/08         WE
  OFFENSE                      CRIME CODE              CASE                    DATE
  CRIMINAL CONTEMPT 2ND          00902                 0033-00001376           07/25/08

2009-00589    02/13/2009      Felony       felwar     Canceled       02/19/09         WE
  OFFENSE                      CRIME CODE              CASE                    DATE
  CRIMINAL CONTEMPT 1ST          0013C                 0033-00000186           02/13/09

2011-03382    08/25/2011      Felony       felwar     Canceled       09/01/11         WE
  OFFENSE                      CRIME CODE              CASE                    DATE
  ROBBERY-1ST                    00120                 003A-00001226           08/25/11

DOCUMENTS
  Created    Description               Type Authority     Changed
  11/25/2005 05-2102 MUG SHOT           RF                11/25/2005
  11/20/2006 mugshot                    RM                11/20/2006
  02/13/2009 mugshot 2/09               RM                02/13/2009
  03/19/2009 mugshot 03-19-09           RM                03/19/2009
  07/28/2011 mug                        RM                07/28/2011
  12/16/2011 mug 12/16/11               RM                12/16/2011
  03/23/2013 mugshots                   RM                03/23/2013
```

```
PROGRAM  . . . . :  PLG290
REPORT   . . . . :  PROFILE SHEET
USER     . . . . :  JJUSTICH
DATE     . . . . :  7/02/2013
TIME     . . . . :  15:33:38
HOLD     . . . . :  NO
COPIES   . . . . :  1
OUTPUT QUEUE:  *DEFAULT
DISTRIBUTION:  *NONE

SELECTION OPTIONS
  ORI #  . . . . . . . :  NY0590300 M V P D
  JACKET #  . . . . . :  191420A
  NAME  . . . . . . . :  SCOTT,PRINCE,D,
  CASE SUBJECTS  . . :  YES      ARRESTS  . . . . . . . . :  YES
  BOOKINGS  . . . . . :  YES      FIELD INVESTIGATNS  . . :  YES
  WARRANTS  . . . . . :  YES      TICKETS  . . . . . . . . :  YES
  ACCIDENTS  . . . . :  YES      INCIDENTS  . . . . . . . :  YES
  PROPERTY OWNER  . :  YES      PAWN SHOPS  . . . . . . :  YES
  INDEX CARDS  . . . :  YES      GUN PERMITS  . . . . . . :  YES
  GUN REGISTRATION  :  YES      IMPOUNDS  . . . . . . . :  YES
  ORDERS OF PROTECTN:  YES      CAREER CRIMINAL  . . . . :  YES
  CIVIL PAPERS  . . :  YES      NARRATIVE  . . . . . . . :  YES
  COURTS  . . . . . . :  YES      FIRE RECORDS  . . . . . :  YES
  ADDL CHARACTERISTIC:  YES      PREVIOUS ADDRESSES  . . :  YES
  SCARS/MARKS/TAT/HND:  YES      JACKET ALERTS  . . . . . :  YES
  ALIAS INFORMATION  :  YES      KNOWN ASSOCIATES  . . . :  YES
  ADDL ADDRESSES  . :  YES      ADDL CONTACTS  . . . . . :  YES
  CRIMINAL CHARACTER :  YES      ASSOCIATED NUMBERS  . . :  YES
  DL# CHARACTERISTICS:  YES      GENERAL ACTIVITY  . . . :  YES
  USER DEFINED INFO  :  YES      ASSOC PROPERTY  . . . . :  YES
  SOCIAL SECURITY #  :  NO
```