Mount Vernon Police Department  
DATE: 07/02/2013  
TIME: 15:33:05

# A E G I S   P U B L I C   S A F E T Y   S Y S T E M
## ADULT PROFILE SHEET

ORI#: NY0590300 M V P D  
PAGE 1  
PL0290 JJUSTICH

**Jacket #** 1040A4    **Name** MARRON, COREY,,    Driver Lic    State Social Security    Age: 22

**Address:** ▓▓▓▓▓    City ▓▓▓▓    State ▓▓    Zip ▓▓▓▓    Resident From:    Resident To:

Race: Black    Height: 5.11    Weight: 165    Eye Color: Brown    Hair Color: Black    Sex: Male

## Additional Characteristics
Build : Medium    Complexion : MEDIUM    Appearance :    Facial Shape :  
School :    Occupation :    Ethnic Origin : Non/Hispnc    Citizenship :  
Marital Status :    # of Dependents :    Tribe :    Emancipation Date :  
Gang Affiliation :    Hate Group :    Religion :

## Previous Addresses

| Entry Date | Previous Address |
|---|---|
| 07/28/2013 | |
| 01/23/2013 | |
| 01/07/2013 | |
| 06/13/2012 | |
| 03/25/2010 | |
| 02/23/2010 | |
| 01/29/2009 | |
| 05/10/2007 | |

## Alias Information

| Alias Type | Name | Date of Birth | Soc Sec# | Driver Lis # | DL State |
|---|---|---|---|---|---|
| Alias/AKA | CJ ,,, | 05/10/1991 | | | |
| | Race: Black   Sex: Male   Hair Color: Black   Eye Color: Brown | | | | |
| Alias/AKA | | 05/10/1991 | | | |
| | Race: Black   Sex: Male   Hair Color: Black   Eye Color: Brown | | | | |

## Associated Property

| Associated Case # | Make | Model | Description |
|---|---|---|---|
| 2013-00020134 | | | MARIJUANA |
| | | | PILL |
| | | | MARIJUANA |
| | | | MARIJUANA |
| | | | MARIJUANA |
| | | | BATON |
| | | | GRAVITY KNIFE |
| | | | KNIFE |

Eye Color: Brown    Height: 000    Weight: 000

## Associated Numbers

| Entry Date | Reason | Status | Status Date |
|---|---|---|---|
| 02/11/2013 | | Owner | |
| 02/11/2013 | | Owner | |
| 01/28/2013 | | Owner | |
| 01/28/2013 | | Owner | |
| 01/10/2013 | | Owner | |
| 04/20/2010 | | Owner | |
| 02/08/2010 | | Owner | |
| 01/29/2009 | | Owner | |

Type    B-Number    Id #    Issue State    Issue Date    Expiration Date

## Additional Contact Info

| Contact Info | Date Entered | Contact Information |
|---|---|---|
| HomePhone# | 01/29/2009 | Ext : |
| HomePhone# | 06/13/2012 | Ext : |
| CellPhone# | 06/13/2012 | Ext : |
| CellPhone# | 01/07/2013 | Ext : |
| WorkPhone# | 01/07/2013 | Ext : |

0000165

Plaintiff #13

Mount Vernon Police Department
DATE: 07/02/2013
TIME: 15:33:05

A E G I S   P U B L I C   S A F E T Y   S Y S T E M

ADULT PROFILE SHEET

PAGE    2
P.02790
JUSTICH

ORIH: NY0590300 M V P D        State Social Security                Age:  22

Jacket#    Name                                                 Driver Lic      State Social Security
184884A   MARROW, COREY,,

WorkPhone#                    Ext :
HomePhone#                    Ext :

| INCIDENT# | DATE | CASE | | | | | |
|---|---|---|---|---|---|---|---|
| 200900055754 | 11/27/2009 | ***1052*** | | | | | |
| 201200031480 | 08/30/2012 | ***1138*** | | | | | |
| 201300016259 | 05/04/2013 | ***1057*** | | | | | |
| 201200031490 | 08/30/2012 | ***1138*** | | | | | |
| 201300002375 | 01/20/2013 | ***1050*** | | | | | |

| Arrest# | | | | Date | Time | Location | | | | | Arrest Type | Arresting Officer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53191 | | | | 05/30/13 | 21:03 | S3RDAV W 4TH ST | | | | | CIP | ANTONINI, CAMILO, R. |
|      CHARGE: PL 205.30 | | | | | | | | INCIDENT TYPE: RESISTING ARREST | | CALL/COMP/OTHR: | CRIME CODE: 06502 | 0483 |
|      ARRAIGN JUDGE: | | | | | | RETURN JUDGE : | | | | | DISP/DATE: | |
|      DISPOSITION . : | | | | | | DISPO DATE   : | | | | | | |
|      MISC 1 . . . . : | | | | | | | | | | | | |
|      MISC 2 . . . . : | | | | | | | | | | | | |
|      SENTENCE . . . : | | | | | | | | | | | | |
|      COURT COSTS . : | .00 | | | FINE . . . . : | .00 | SENT DATE . . : | | | | | | |
|      CONFINEMENT . : | | | | FACILITY . . : | | RESTITUTION . : | | | | | | |
| | | | | | | PROBATION . . : | | | | | | |

| 52802 | 2013-00014156 | 04/21/13 | 18:41 | 207 S FULTON AVE | | | | CIP | GREGORIO, MICHAEL,, |
|---|---|---|---|---|---|---|---|---|---|
|      CHARGE: VTL1192 | | | 04 | | UM0 | OPERATING MOTOR VEHICLE I | | CRIME CODE: 0690D | DISP/DATE: |
|      ARRAIGN JUDGE: | | | | RETURN JUDGE : | | | | | |
|      DISPOSITION . : | | | | DISPO DATE   : | | | | | |

| 52531 | 2013-00009571 | 03/22/13 | 22:15 | W 4TH STREET S. 4TH AVE | | | | CIP | BRUCE, KENNETH,, |
|---|---|---|---|---|---|---|---|---|---|
|      CHARGE: PL 195.05 | | | | AM2 | | OBSTRUCT GOVERNMENT, ADM | | CRIME CODE: 00902 | DISP/DATE: |
|      ARRAIGN JUDGE: | | | | RETURN JUDGE : | | | | | |
|      DISPOSITION . : | | | | DISPO DATE   : | | | | | |

| 52254 | 2013-00004940 | 02/11/13 | 2:48 | 457 S 1ST AVE | | | | CIP | BURKE, RICHARD, J, |
|---|---|---|---|---|---|---|---|---|---|
|      CHARGE: PL 220.09 | | | | CF4 | | CRIM POSS CONTROL SUBST | | CRIME CODE: 0035A | DISP/DATE: |
|      ARRAIGN JUDGE: | | | | RETURN JUDGE : | | | | | |
|      DISPOSITION . : | | | | DISPO DATE   : | | | | | |
|      MISC 1 . . . . : | | | | | | | | | |

Mount Vernon Police Department                    A E G I S   P U B L I C   S A F E T Y   S Y S T E M                           PAGE        3
DATE: 07/02/2014                                              Adult Profile Sheet                                                 ORI.0290
TIME: 15:13:05                                                                                Driver Lic                          JUSTICH

Jacket#         Name                                                                  ORI#: NY0590300 M V P D
184884A  MARROW, COREY,                                                               State Social Security         Age:

```
52133        CHARGE: PL 120.10   01/24/13 21:30  MVPD H.A.         ASLT W/INT CAUS SER INJ W Complaint   CRIME CODE: 0013A  DISP/DATE:
             ARRAIGN. JUDGE:                01  EF1                                             CRIME CODE: 2940   THOMPSON, CYNTHIA,
             DISPOSITION  :                     RETURN JUDGE :                                  SENT DATE    :
             MISC 1       :                     DISPO DATE   :                                  RESTITUTION  :            .00
             MISC 2       :                                                                     PROBATION    :
             SENTENCE     :
             COURT COSTS  :          .00  FINE         :         .00
             CONFINEMENT  :               FACILITY     :

             CHARGE: PL 165.05                                      UNAUTHORIZED USE OF VEHIC              CRIME CODE: 00902  DISP/DATE:
             ARRAIGN. JUDGE:                     RETURN JUDGE :                                 SENT DATE    :
             DISPOSITION  :                     DISPO DATE   :                                  RESTITUTION  :            .00
             MISC 1       :                                                                     PROBATION    :
             MISC 2       :
             SENTENCE     :
             COURT COSTS  :               FINE         :         .00
             CONFINEMENT  :               FACILITY     :

             CHARGE: PL 221.05                                      UNLAW POSS MARIHUANA                   CRIME CODE: 0035A  DISP/DATE:
             ARRAIGN. JUDGE:                     RETURN JUDGE :                                 SENT DATE    :
             DISPOSITION  :           0V0        DISPO DATE   :                                 RESTITUTION  :            .00
             MISC 1       :                                                                     PROBATION    :
             MISC 2       :
             SENTENCE     :
             COURT COSTS  :               FINE         :         .00
             CONFINEMENT  :               FACILITY     :

             CHARGE: VTL0511                                        AGGRAVATED UNLICENSED OPE              CRIME CODE: 00902  DISP/DATE:
             ARRAIGN. JUDGE:           03A EF1   RETURN JUDGE :                                 SENT DATE    :
             DISPOSITION  :                     DISPO DATE   :                                  RESTITUTION  :            .00
             MISC 1       :                                                                     PROBATION    :
             MISC 2       :
             SENTENCE     :
             COURT COSTS  :          .00  FINE         :         .00
             CONFINEMENT  :               FACILITY     :

52016        CHARGE: PL 221.10   01/07/13 20:08  1ST AVE 3RD STREET CRIM POSS MARIHUANA 5TH               CRIME CODE: 1312   DISP/DATE:
             ARRAIGN. JUDGE:                BM5  EF1                                            CRIME CODE: 0035A   GREGORIO, MICHAEL,
             DISPOSITION  :                     RETURN JUDGE :                                  SENT DATE    :
             MISC 1       :                     DISPO DATE   :                                  RESTITUTION  :            .00
             MISC 2       :                                                                     PROBATION    :            CIP
```

0000167

Mount Vernon Police Department          A E G I S   P U B L I C   S A F E T Y   S Y S T E M                              PAGE    4
DATE: 07/02/2013                                    ADULT PROFILE SHEET                                                   PL0290
TIME: 15:33:05                                                                                                            JJUSTICA

Jacket#           Name                                                  Driver Lic      OLN#: NY05593J00 M V D
184884A  MARROW, COREY,                                                                 State Social Security              Age:  22
==============================================================================================================================

```
50484
  ARRAIGN. JUDGE:                                                                                                      CRIME CODE: 5175   BATES, ALEXANDER,,
  CHARGE: PL 120.05      06/12/12 22:41  30 S BLEEKER ST            ASSAULT -2ND                          Other
  DISPOSITION .        :                RETURN JUDGE :                                 SENT DATE    .     :
  CONFINEMENT  .       :     .00        FACILITY     :                                 RESTITUTION  .     :
  COURT COSTS  .       :     .00        DISPO DATE   :                                 PROBATION    .     :
  SENTENCE     .       :     .00        FINE         :      .00
  MISC 1       .       :
  MISC 2       .       :

45652
  ARRAIGN. JUDGE:                                                                                                      CRIME CODE: 3019   MASTROGIORGIO, NICHOLAS,,
  CHARGE: PL 120.06      04/15/10 10:00   2 N ROOSEVELT SQ          GANG ASSAULT 2ND DEGREE              Complaint
  DISPOSITION .        :                RETURN JUDGE :                                 SENT DATE    .     :            CRIME CODE: 0019A  DISP/DATE:
  CONFINEMENT  .       :     .00        FACILITY     : CF2                             RESTITUTION  .     :
  COURT COSTS  .       :     .00        DISPO DATE   :                                 PROBATION    .     :
  SENTENCE     .       :
  MISC 1       .       :
  MISC 2       .       :

45226
  ARRAIGN. JUDGE:                                                                                                      CRIME CODE: 3031   DELLARIPA, JOSEPH, J,
  CHARGE: PL 265.01      02/04/10 13:23  80 GRAMATAN AV             CRIM POSS WEAP - 4TH DEG             CIP
  DISPOSITION .        :                RETURN JUDGE :                                 SENT DATE    .     :            CRIME CODE: 00520  DISP/DATE:
  CONFINEMENT  .       :     .00        FACILITY     : AM4                             RESTITUTION  .     :
  COURT COSTS  .       :                DISPO DATE   :                                 PROBATION    .     :
  SENTENCE     .       :
  MISC 1       .       :
  MISC 2       .       :

44896
  ARRAIGN. JUDGE:                                                                                                      CRIME CODE: 0790   BENTINI, MARTIN,,
  CHARGE: PL 190.25      11/26/09 19:59  10 E 3RD ST                CRIM IMPERS ANOTHR PERS              CIP
  DISPOSITION .        :                RETURN JUDGE :                                 SENT DATE    .     :            CRIME CODE: 0026C  DISP/DATE:
  CONFINEMENT  .       :     .00        FACILITY     : AM2                             RESTITUTION  .     :
  COURT COSTS  .       :     .00        DISPO DATE   :                                 PROBATION    .     :
  SENTENCE     .       :                FINE         :      .00
  MISC 1       .       :
  MISC 2       .       :

  ARRAIGN. JUDGE:                                                                                                      CRIME CODE: 00902
  CHARGE: PL 205.30      2009-00055771 01              AM0                             RESISTING ARREST
  DISPOSITION .        :                RETURN JUDGE :
  MISC 1       .       :                DISPO DATE   :
```

0000168

Mount Vernon Police Department                    A E G I S   P U B L I C   S A F E T Y   S Y S T E M                              PAGE      5
DATE: 07/02/2013                                              ADULT PROFILE SHEET                                                  9E02J0
TIME: 15:33:05                                                                                 ORI#: NY0590300 M V P D            JJUSTICH
                                                                                Driver Lic              State Social Security
Jacket#         Name                                                                                                    Age:    22
104881A         MARROW, COREY,,

| MISC 2 | : |
|---|---|
| SENTENCE | : |
| COURT COSTS | : .00 | FINE | : .00 | SENT DATE | : |
| CONFINEMENT | : | FACILITY | : | RESTITUTION | : .00 |

43315      CHARGE: PL 265.01        2009-00003980 01/28/09 21:50 23 E 3RD ST      CRIM POSS WEAP FIREARM/N    CRIME CODE: 3088  STANCARONE, JOSEPH,,
           ARRAIGN. JUDGE:                     01      AM4                                                                 DISP/DATE:
           DISPOSITION  :
           MISC 1       :
           MISC 2       :
           SENTENCE     :
           COURT COSTS  : .00    FINE     : .00    SENT DATE    :
           CONFINEMENT  :        FACILITY :        RESTITUTION  : .00   PROBATION    :

40047      CHARGE: PL 160.10        2007-00016959 05/10/07 20:00 203 S FULTON AV      ROBBERY-2ND             CRIME CODE: 3025  ADDISON, GREGORY, R,
           RETURN JUDGE :                                                                                                  DISP/DATE:
           DISPO DATE   :           CF2

           FINE     : .00        SENT DATE    :
           FACILITY :            RESTITUTION  : .00   PROBATION    :

| SUBJECT CASE# | CASE DATE | CASE TYPE | SUBJECT TYPE | PRIMARY | CASE STATUS | CASE LOCATION | Complaint |
|---|---|---|---|---|---|---|---|
| 2013-00018932 | 05/22/2013 | ***1101*** | Informal | NO | Open | 12 N 7TH AV | |
| 2007-00016959 | 05/10/2007 | ***1103*** | Suspect | | YES | CityArrta | E 3RD ST |
| 2009-00003980 | 01/28/2009 | ***1110*** | Suspect | | YES | CityArrta | 23 E 3RD ST |

PROPERTY:   TYPE : OtherWepns   CODE. :         DATE RECEIVED: 01/28/2009
MAKE  :     MODEL:              COLOR :         COND. KNIFE
REG # :     STATE:              YEAR. :         EXP DT:

| 2009-00055771 | 11/25/2009 | ***1120*** | Suspect | YES | CityArrta | 10 E 3RD ST |
| 2010-00066982 | 02/04/2010 | ***1111*** | Suspect | YES | CityArrta | 80 GRAMATAN AV |

PROPERTY:   TYPE : OtherWepns   CODE. :         DATE RECEIVED: 02/04/2010
MAKE  :     MODEL:              COLOR :         COND. GRAVITY KNIFE
REG # :     STATE:              YEAR. :         EXP DT:

| 2010-00015262 | 03/19/2010 | ***1104*** | Suspect | YES | CityArrta | 117 S 9TH AV |
| 2010-00020004 | 04/15/2010 | ***1111*** | Suspect | Closed | S 11TH AV |

PROPERTY:   TYPE : OtherWepns   CODE. : Seized      DATE RECEIVED: 04/15/2010
MAKE  :     MODEL:              COLOR :             COND. BATON
REG # :     STATE:              YEAR. :             EXP DT:

0000169

Mount Vernon Police Department                    A E G I S   P U B L I C   S A F E T Y   S Y S T E M                                    PAGE    6
DATE: 07/02/2013                                              AUDIT PROFILE SHEET                                                        PL6290
TIME: 15:33:05                                                                          ORI#: NY0590300 M V P D                          JJUSTICH
                                                                                              Driver Lic           State Social Security
==================================================================================================================================================

Jacket#              Name                                                                                                          Page:   22
184894A         MARROW, COREY,,

2012-00026705 06/12/2012   ***1104***   Suspect       YES    ClrbyArrta    30 S BLEEKER ST APT 1R

2013-00000792 01/07/2013   ***1110***   Suspect       YES    ClrbyArrta    S 1ST AV
            PROPERTY:
            MAKE  :                 TYPE : Drugs             CODE.  : Seized       DATE RECEIVED: 01/07/2013
            REG #.:                 MODEL:                   COLOR. :             COND. MARIJUANA
                                    STATE:                   YEAR.  :             EXP DT:

2013-00002371 01/20/2013   ***1104***   Suspect       YES    ClrbyArrta    S 3RD AV
            PROPERTY:
            MAKE  :                 TYPE : Drugs             CODE.  : Seized       DATE RECEIVED: 01/20/2013
            REG #.:                 MODEL:                   COLOR. :             COND. PILL
                                    STATE:                   YEAR.  :             EXP DT:

2013-00004940 02/11/2013   ***1110***   Suspect       YES    ClrbyArrta    457 S 1ST AV
            PROPERTY:
            MAKE  :                 TYPE : Drugs             CODE.  : Seized       DATE RECEIVED: 02/11/2013
            REG #.:                 MODEL:                   COLOR. :             COND. MARIJUANA
                                    STATE:                   YEAR.  :             EXP DT:

2013-00009571 03/20/2013   ***1104***   Suspect       YES    ClrbyArrta    208 S FULTON AV

2013-00014156 04/21/2013   ***1126***   Suspect       YES    ClrbyArrta    \15 S 9TH AV
            PROPERTY:
            MAKE  :                 TYPE : Drugs             CODE.  : Seized       DATE RECEIVED: 04/21/2013
            REG #.:                 MODEL:                   COLOR. :             COND. MARIJUANA
                                    STATE:                   YEAR.  :             EXP DT:

2013-00020134 05/30/2013   ***1124***   Suspect       YES    ClrbyArrta    244 S 3RD AV

2010-00010487 02/22/2010   ***1106***   Victim        YES    Closed        MONROE ST
            OFFENSE  STATUTE                           CRIME CODE  DESCRIPTION
                     PL 155.30    04   EF4            00GRAND LARCENY 4 CREDIT CARD
                     PL 145.00    01   AM4            00CRIM MIS INTENT DAMAGE PROPERTY
            PROPERTY:
            MAKE  :                 TYPE : Crd/Cbtcrd         CODE.  : Stolen       DATE RECEIVED: 02/22/2010
            REG #.:                 MODEL:                    COLOR. :             COND. DEBIT CARD
                                    STATE:                    YEAR.  :             EXP DT:

            PROPERTY:                                 TYPE : OthPropery   CODE.  : Stolen      DATE RECEIVED: 02/22/2010

0000170

Jacket#            Name                                                      Driver Lic           ORI#: NY0593300 M V P D
194884A           MARROW, COREY, ,                                                                 State Social Security
                                                                                                                Age: 22

PROPERTY:
MAKE  :                MODEL:                  TYPE : VehiclePts   CODE : Stolen      DATE RECEIVED: 02/22/2010
REG #.:                STATE:                  COLOR:               COND. CAR RADIO
                                               YEAR :               EXP DT:

PROPERTY:
MAKE  :                MODEL:                  TYPE : Money        CODE : Stolen      DATE RECEIVED: 02/22/2010
REG #.:                STATE:                  COLOR:               COND. US CURRENCY
                                               YEAR :               EXP DT:

PROPERTY:
MAKE  :                MODEL:                  TYPE : VehiclePts   CODE : Destroyed   DATE RECEIVED: 02/22/2010
REG #.:                STATE:                  COLOR:               COND. WINDOW
                                               YEAR :               EXP DT:

| BOOKING#     | DATE       | CASE#          | PRISONER TYPE |
|---|---|---|---|
| 2013-0000185 | 05/30/2013 | 20130002013A   | arrest |
| 2013-0000061 | 04/21/2013 | 201306014156   | arrest |
| 2013-0000055 | 03/22/2013 | 201300009571   | arrest |
| 2013-0000028 | 02/11/2013 | 201300004940   | arrest |
| 2013-0000016 | 01/24/2013 | 201300002371   | arrest |
| 2013-0000041 | 01/07/2013 | 201300000792   | arrest |
| 2012-0000119 | 06/13/2012 | 201200020705   | for |
| 2010-0000476 | 04/15/2010 | 201000015262   | arrest |
| 2010-0000151 | 02/04/2010 | 201000006982   | arrest |
| 2009-0000502 | 11/26/2009 | 200900069822   |  |
| 2009-0000106 | 01/29/2009 | 200900055771   |  |
| 2007-0000649 | 05/10/2007 |                |  |

| WARRANT NUMBER | DATE       | CATEGORY | TYPE | CASE         | STATUS   | DATE       |
|---|---|---|---|---|---|---|
| 000012-3918   | 11/01/2012 | City Ord | VCO  | 12 -00040368 | Canceled | 01/10/13   |

| OFFENSE            | CRIME CODE |
|---|---|
| CITY ORDINANCE *ALL* | GNFCO |

| ACCIDENT#    | DATE       | SUBJECT TYPE | UNIT # | LOCATION | CITY | COUNTY | REASON |
|---|---|---|---|---|---|---|---|
| 20130000095 | 01/20/2013 | Driver       | 1      |          |      | West   | WE     |
| 20100000130 | 02/04/2010 | Passenger    | 2      |          |      | West   |        |

000172

```
PROGRAM . . . . : PL0290
REPORT  . . . . : PROFILE SHEET
USER    . . . . : JJUSTICH
DATE    . . . . : 7/02/2013
TIME    . . . . : 15:33:37
HOLD    . . . . : NO
COPIES  . . . . : 1
OUTPUT QUEUE:  *DEFAULT
DISTRIBUTION:  *NONE

SELECTION OPTIONS
  OPI #  . . . . . . . . : NV0590300 M V P D
  JACKET # . . . . . . . : 193429A
  NAME . . . . . . . . . : SCOTT,PRINCE,O,
  CASE SUBJECTS  . . . . : YES      ARRESTS  . . . . . . . . : YES
  BOOKINGS . . . . . . . : YES      FIELD INVESTIGATNS . . . : YES
  WARRANTS . . . . . . . : YES      TICKETS  . . . . . . . . : YES
  ACCIDENTS  . . . . . . : YES      INCIDENTS  . . . . . . . : YES
  PROPERTY OWNER . . . . : YES      PAWN SHOPS . . . . . . . : YES
  INDEX CARDS  . . . . . : YES      GUN PERMITS  . . . . . . : YES
  GUN REGISTRATION . . . : YES      IMPOUNDS . . . . . . . . : YES
  ORDERS OF PROTECTN . . : YES      CAREER CRIMINAL  . . . . : YES
  CIVIL PAPERS . . . . . : YES      NARRATIVE  . . . . . . . : YES
  COURTS . . . . . . . . : YES      FIRE RECORDS . . . . . . : YES
  ADDL CHARACTERISTIC: YES          PREVIOUS ADDRESSES . . . : YES
  SCARS/MARKS/TAT/HND: YES          JACKET ALERTS  . . . . . : YES
  ALIAS INFORMATION  . . : YES      KNOWN ASSOCIATES . . . . : YES
  ADDL ADDRESSES . . . . : YES      ADDL CONTACTS  . . . . . : YES
  CRIMINAL CHARACTER . . : YES      ASSOCIATED NUMBERS . . . : YES
  DLN CHARACTERISTICS: YES          GENERAL ACTIVITY . . . . : YES
  USER DEFINED INFO  . . : YES      ASSOC PROPERTY . . . . . : YES
  SOCIAL SECURITY #  . . : NO
```