000000
194

```
Mount Vernon Police Department      A E G I S   P U B L I C   S A F E T Y   S Y S T E M                PAGE       1
DATE: 07/02/2013                                                                                        FI.0290
TIME: 15:35:06                              ADULT PROFILE SHEET

Jacket#    Name                                              Driver Lic         State Social Security            Age:
 164702A   UTLEY,KRAIG,,
   Race: Black       Height: 5.04  Weight: 135  Eye Color: Brown  Hair Color: Black        Phone              D.O.      Sex: Male
Additional Characteristics
   Build . . . . . : SML         Complexion . . : Fair/Light   Appearance . . :            Facial Shape . . :

   School . . . . :              Occupation . . :              Ethnic Origin . : Non/Hispnc  Citizenship . . :
   Marital Status :              # of Dependants:              Tribe . . . . . :             Emancipation Date:
   Gang Affiliation:             Hate Group . . :              Religion . . . . :
Previous Addresses
   Entry Date    Previous Address                                  City                   State        Zip             Resident From: Resident To:
   12/31/2009
   11/27/2009
   09/11/2008
   06/27/2006
   08/01/2005
Associated Property
   Entry Date   Reason       Status                  Status Date   Make             Model            Description
   04/01/2013   Owner                                                                                CRACK
   04/01/2013   Owner                                                                                MARIJUANA
   06/14/2012   Owner                                                                                MARIJUANA
   03/14/2012   Owner                                                                                70 BAGS OF MARIJUANA
   09/16/2011   Owner                                                                                MARIJUANA
   09/11/2008   Owner                                                                                U.S. CURRENCY
   08/02/2005   Owner                                                                                MARIJUANA
   08/02/2005   Owner                                                                                HAMMER
                                                                                                     RADIO
Associated Numbers
   Type         Id #                                                Issue State    Issue Date     Expiration Date
   B-Number     33810
   FederalID#   569340HC1
   StateId#     6148894K                                            New York
Additional Contact Info
   Contact Info   Date Entered                                      Contact Information
   HomePhone#     09/11/2008                                                          Ext :

INCIDENT     DATE         Case                    DATE  Time Location                            LOCATION                      CITY
200600044669 11/17/2006                                                                          COMPLAINANT
200900055794 11/27/2009                                                                          COMPLAINANT

Arrest#      2013-00020134  05/30/13 21:03   S3RDAV W 4TH ST                                                Arrst Type  Arresting Officer
53190                                        0VO          DISORDERLY CONDUCT                                CIP       0483   ANTONINI,CAMILO,R,
      CHARGE: PL 240.20          RETURN JUDGE                                                               CRIME CODE: 0090C   DISP/DATE:
   ARRAIGN  JUDGE:                DISPO DATE :
   DISPOSITION . :
   MISC 1  . . . :
   MISC 2  . . . :
```

Mount Vernon Police Department                         AEGIS  PUBLIC  SAFETY  SYSTEM                                    PAGE     2
DATE: 07/02/2013                                                                                                        FL0290
TIME: 15:35:06                                              ADULT PROFILE SHEET                                         JJUSTICH

Jacket#   Name                                                       Driver lic            State Social Security        Age:  24
------------------------------------------------------------------------------------------------------------------------
  164702A  UTLEY,KRAIG,,                                                       ORI#: NY0590300 M V P D

```
52850    2013-00014991 04/26/13 21:38  10 MONROE ST
         CHARGE: PL 221.10       BM5              CRIM POSS MARIHUANA 5TH        CRIME CODE: 0035A     1317 SMITH,NICHOLAS,,
  DISPOSITION . :                   RETURN JUDGE  :                                                         DISP/DATE:
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :
  COURT COSTS  :           .00      FINE . . . .  :          .00       SENT DATE    . :
  CONFINEMENT  :                    FACILITY . .  :                    RESTITUTION  . :          .00
         CHARGE: PL 240.20       01 OVO           DIS/CON  FIGHT/VIOLENT BE      CRIME CODE: 0090C           DISP/DATE:
  DISPOSITION . :                   RETURN JUDGE  :                              PROBATION    . :
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :
  COURT COSTS  :           .00      FINE . . . .  :          .00       SENT DATE    . :
  CONFINEMENT  :                    FACILITY . .  : AM2                RESTITUTION  . :          .00
         CHARGE: PL 195.05          AMO           OBSTRUCT GOVERNMENTI,ADMI      CRIME CODE: 0090Z           DISP/DATE:
  DISPOSITION . :                   RETURN JUDGE  :                              PROBATION    . :
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :
  COURT COSTS  :           .00      FINE . . . .  :          .00       SENT DATE    . :
  CONFINEMENT  :                    FACILITY . .  :                    RESTITUTION  . :          .00
         CHARGE: PL 205.30          OVO           RESISTING ARREST              CRIME CODE: 0090Z           DISP/DATE:
  DISPOSITION . :                   RETURN JUDGE  :                              PROBATION    . :
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :
  COURT COSTS  :           .00      FINE . . . .  :          .00       SENT DATE    . :
  CONFINEMENT  :                    FACILITY . .  : C1P                RESTITUTION  . :          .00
52670    2013-00012013 04/08/13 14:08  246 S 3RD AVE
         CHARGE: PL 240.20       03 OVO           DIS/CON  OBSCENE LANG/GES     CRIME CODE: 0090C      0483 ANTONINI,CAMILO,R,
  DISPOSITION . :                   RETURN JUDGE  :                                                         DISP/DATE:
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :
  COURT COSTS  :           .00      FINE . . . .  :          .00       SENT DATE    . :
  CONFINEMENT  :                    FACILITY . .  :                    RESTITUTION  . :          .00
         CHARGE: PL 221.05          OVO           UNLAW POSS MARIHUANA          CRIME CODE: 0035A           DISP/DATE:
  DISPOSITION . :                   RETURN JUDGE  :                              PROBATION    . :
  MISC 1 . . . :                    DISPO DATE    :
  MISC 2 . . . :
  SENTENCE . . :                                                       SENT DATE    . :
```

```
Mount Vernon Police Department          A E G I S   P U B L I C   S A F E T Y   S Y S T E M                    PAGE      3
DATE: 07/02/2013                                                                                               PL0290
TIME: 15:35:06                                  ADULT PROFILE SHEET         ORI#: NY0590300 M V P D            JJUSTICH
===============================================================================================================================
Jacket#      Name                                              Driver lic              State Social Security        Age:    24
===============================================================================================================================
  164702A  UTLEY,KRAIG,,
-------------------------------------------------------------------------------------------------------------------------------
 52558          2013-00010467  03/27/13 15:06  42 SOUTH 4TH AVE
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :            PROBATION. . :
                 CHARGE: PL 220.06               DF5         CRIM POSS CONTR SUBST       CIP CRIME CODE: 0035A  ANTONINI,CAMILO,R,
          ARRAIGN. JUDGE:                                    RETURN JUDGE :                                    DISP/DATE:
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
          SENTENCE      :                                    SENT DATE    :
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :  0V0       PROBATION. . :
                 CHARGE: PL 221.05                           UNLAW POSS MARIHUANA            CRIME CODE: 0035A  DISP/DATE:
          ARRAIGN. JUDGE:                                    RETURN JUDGE :
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
          SENTENCE      :                                    SENT DATE    :
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :  06 0V0    PROBATION. . :
                 CHARGE: PL 240.20                           DIS/CON  REFUSING TO MOVE       CRIME CODE: 0090C  DISP/DATE:
          ARRAIGN. JUDGE:                                    RETURN JUDGE :
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
          SENTENCE      :                                    SENT DATE    :
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :            PROBATION. . :
 51770          2012-00043574  11/27/12 19:54  CORNER OF SOUTH 2ND AVE AND EA  Bench Warr
                 CHARGE: 54.06                               ARREST - WARRANT                CRIME CODE: MISCL  WARD,TIMOTHY,A,
          ARRAIGN. JUDGE:                                    RETURN JUDGE :                                    DISP/DATE:
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
          SENTENCE      :                                    SENT DATE    :
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :            PROBATION. . :
 50442          2012-00020180  06/08/12 14:58  266 S 2ND AVE
                 CHARGE: PL 221.10              BM5         CRIM POSS MARIHUANA 5TH      CIP CRIME CODE: 0378  LIGHT,DARRON,,
          ARRAIGN. JUDGE:                                    RETURN JUDGE :                                    DISP/DATE:
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
          SENTENCE      :                                    SENT DATE    :
          COURT COSTS    .:           .00  FINE . . . . :       .00  RESTITUTION. :           .00
          CONFINEMENT    .:                FACILITY . . :            PROBATION. . :
 49801          2012-00008203  02/04/12 14:04  347 S 4TH AV
                 CHARGE: PL 221.15              AM4         CRIM POSS MARIHUANA-4TH       CIP CRIME CODE: 0035A ANTONINI,CAMILO,R,
          ARRAIGN. JUDGE:                                    RETURN JUDGE :                                    DISP/DATE:
          DISPOSITION . :                                    DISPO DATE   :
          MISC 1        :
          MISC 2        :
```

000305
961

```
Mount Vernon Police Department           A E G I S   P U B L I C   S A F E T Y   S Y S T E M                    PAGE        4
DATE: 07/02/2013                                                                                                PL0290
TIME: 15:35:06                                        ADULT PROFILE SHEET          ORI#: NY0590300 M V P D      JJUSTICH

Jacket#    Name                                           Driver Lic              State Social Security       Age:    24
================================================================================================================================
    164702A  UTLEY,KRAIG,,
================================================================================================================================
 48637        2011-00037499  09/09/11 14:29 319 S 4TH AV        CRIM POSS MARIHUANA 5TH
        CHARGE: PL 221.10                 BM5                                            CIP
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :                   CAPRARO,RICHARD,J,
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00   0485
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :           CRIME CODE: 0035A   DISP/DATE:
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :         DISPO DATE     :
   MISC 1  . . . . . :
   MISC 2  . . . . . :
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :           CRIME CODE: 0090Z   DISP/DATE:
        CHARGE: PL 205.30                 AM0            RESISTING ARREST
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :         DISPO DATE     :
   MISC 1  . . . . . :
   MISC 2  . . . . . :
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :
 44897        2009-00055771  11/26/09 19:59  10 E 3RD ST         OBSTRUCT GOVERNMENTL ADMI                      3092 MCPARTLAND,JAMES,JR,
        CHARGE: PL 195.05                 AM2                                            CIP         CRIME CODE: 0090Z   DISP/DATE:
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :         DISPO DATE     :
   MISC 1  . . . . . :
   MISC 2  . . . . . :
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :           CRIME CODE: 0090Z   DISP/DATE:
        CHARGE: PL 205.30                 AM0            RESISTING ARREST
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :         DISPO DATE     :
   MISC 1  . . . . . :
   MISC 2  . . . . . :
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :
 40046        2007-00016959  05/10/07 20:00 203 S FULTON AV      ROBBERY-2ND                  Complaint        3025 ADDISON,GREGORY,R,
        CHARGE: PL 160.10                 CF2                                                        CRIME CODE: 00120   DISP/DATE:
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :         DISPO DATE     :
   MISC 1  . . . . . :
   MISC 2  . . . . . :
   SENTENCE    . . . :         ARRAIGN. JUDGE :                   SENT DATE . . . :
   COURT COSTS . . . :   .00   FINE . . . . . :   .00             RESTITUTION . . :    .00
   CONFINEMENT . . . :         FACILITY . . . :                   PROBATION . . . :
 39791        2007-00011135  03/29/07 16:25 300 S 4TH AV         ROBBERY-2ND                  Complaint        P195 CAPPUCCILLI,JOSEPH JR,,
        CHARGE: PL 160.10                 CF2                                                        CRIME CODE: 00120   DISP/DATE:
   ARRAIGN. JUDGE  . :         RETURN JUDGE   :
   DISPOSITION . . . :
   MISC 1  . . . . . :
```

```
F020000
861

Jacket#     Name                                        Driver Lic                State Social Security               Age:    24
 164702A   UTLEY,KRAIG,,
==========================================================================================================================

  39672     2007-00008144  03/05/07 17:30   2 N ROOSEVELT SQ
  38934     2006-00044632  11/17/06 14:49   100 CALIFORNIA RD                                                    2944  MITCHELL,ANTHONY,,
             CHARGE: PL 195.05               AM2       OBSTRUCT GOVERNMENTL ADMI             CIP                 P116  FELICIANO,DIANE,M,
   ARRAIGN. JUDGE:                       RETURN JUDGE                            Complaint   CRIME CODE: 00902   DISP/DATE:
   DISPOSITION  :                        DISPO DATE   :
   MISC 1       :
   MISC 2       :
   SENTENCE     :                  .00   FINE     :              .00   SENT DATE    :
   COURT COSTS  :                        FACILITY :                    RESTITUTION  :              .00
   CONFINEMENT  :                        AMO                           PROBATION    :
             CHARGE: PL 205.30                       RESISTING ARREST                        CRIME CODE: 00902   DISP/DATE:
   ARRAIGN. JUDGE:                       RETURN JUDGE :
   DISPOSITION  :                        DISPO DATE   :
   MISC 1       :
   MISC 2       :
   SENTENCE     :                  .00   FINE     :              .00   SENT DATE    :
   COURT COSTS  :                        FACILITY :                    RESTITUTION  :              .00
   CONFINEMENT  :                        BM5                           PROBATION    :
  38089     2006-00023044  06/21/06 18:30   260 S 2ND AV                                                         P115  PELLITTERI,MICHAEL,D,
             CHARGE: PL 221.10                       CRIM POSS MARIHUANA 5TH                 CRIME CODE: 0035A   DISP/DATE:
   ARRAIGN. JUDGE:                       RETURN JUDGE :                           Complaint
   DISPOSITION  :                        DISPO DATE   :
   MISC 1       :
   MISC 2       :
   SENTENCE     :                  .00   FINE     :              .00   SENT DATE    :
   COURT COSTS  :                        FACILITY :                    RESTITUTION  :              .00
   CONFINEMENT  :                        DF3                           PROBATION    :
  35570     2005-00026913  07/30/05 18:20   345 UNION AV                                                         3020  RICE,STANLEY,,
             CHARGE: PL 140.20                       BURGLARY 3RD                            CRIME CODE: 00220   DISP/DATE:
   ARRAIGN. JUDGE:                       RETURN JUDGE :                           Complaint
   DISPOSITION  :                        DISPO DATE   :
   MISC 1       :
   MISC 2       :
   SENTENCE     :                  .00   FINE     :              .00   SENT DATE    :
   COURT COSTS  :                        FACILITY :                    RESTITUTION  :              .00
   CONFINEMENT  :                        AM5                           PROBATION    :
             CHARGE: PL 165.40                       CRIM POSSESSION STOLN PRO               CRIME CODE: 00280   DISP/DATE:
   ARRAIGN. JUDGE:                       RETURN JUDGE :
   DISPOSITION  :                        DISPO DATE   :
   MISC 1       :
   MISC 2       :
   SENTENCE     :                  .00   FINE     :              .00   SENT DATE    :
   COURT COSTS  :                        FACILITY :                    RESTITUTION  :              .00
   CONFINEMENT  :                        AM4                           PROBATION    :
             CHARGE: PL 145.00                       CRIMINAL MISCHIEF - 4                   CRIME CODE: 00290   DISP/DATE:
   ARRAIGN. JUDGE:                       RETURN JUDGE :
   DISPOSITION  :                        DISPO DATE   :
```

5020005
661

```
Mount Vernon Police Department         A E G I S   P U B L I C   S A F E T Y   S Y S T E M                          PAGE     6
DATE: 07/02/2013                                  ADULT PROFILE SHEET                                                P1.0290
TIME: 15:35:06                                                                                                       JJUSTICH

Jacket#  Name                                              Driver Lic            ORI#: NY0590300 M V P D     State Social Security       Age:  24
================================================================================================================================
 164702A  UTLEY,KRAIG,,
    MISC 1       . . :
    MISC 2       . . :
    SENTENCE     . . :            .00  FINE . . . . :              SENT DATE        . :
    COURT COSTS  . . :                 FACILITY . . :              RESTITUTION      . :          .00
    CONFINEMENT  . . :                                             PROBATION        . :
 34347       2005 00004296 02/04/05 14:20  100 CALIFORNIA RD                   Complaint    2966  ROACH,JULIET,,
             CHARGE: PL 160.10  01 CF2  ROBBERY 2ND/AIDED BY ANOT  CRIME CODE: 00120         DISP/DATE:
    ARRAIGN. JUDGE:                    RETURN JUDGE :
    DISPOSITION  . . :                 DISPO DATE   :
    MISC 1       . . :
    MISC 2       . . :
    SENTENCE     . . :            .00  FINE . . . . :              SENT DATE        . :
    COURT COSTS  . . :                 FACILITY . . :              RESTITUTION      . :          .00
    CONFINEMENT  . . :                                             PROBATION        . :
================================================================================================================================
SUBJECT CASE#    CASE DATE   CASE TYPE   SUBJECT TYPE  PRIMARY   CASE STATUS  CASE LOCATION
2005-00004296    02/04/2005  ***A103***  Suspect        YES      Clsd Arrst   100 CALIFORNIA RD

2005-00026913    07/30/2005  ***1105***  Suspect        YES      Clsd Arrst   9 UNION LN
     PROPERTY:                TYPE : Tools            CODE. : Seized       DATE RECEIVED: 07/30/2005
      MAKE  . :                MODEL:                 COLOR :              COND. HAMMER
      REG # . :                STATE:                 YEAR. :              EXP DT:

                              TYPE : OthPropery      CODE. : Stolen       DATE RECEIVED: 07/30/2005
                               MODEL:                 COLOR :              COND. RADIO
                               STATE:                 YEAR. :              EXP DT:

2006-00023044    06/21/2006  ***1110***  Suspect        YES      Clsd Arrst   260 S 2ND AV
     PROPERTY:                TYPE : Drugs            CODE. : Seized       DATE RECEIVED: 06/21/2006
      MAKE  . :                MODEL:                 COLOR :              COND. MARIJUANA
      REG # . :                STATE:                 YEAR. :              EXP DT:

2006-00044632    11/11/2006  ***1106***  Suspect        YES      Clsd Arrst   CALIFORNIA RD

2007-00008144    03/05/2007  ***A104***  Suspect        YES      Clsd Arrst   S 3RD AV

2007-00011135    03/29/2007  ***1103***  Suspect        YES      Clsd Arrst   4TH AV

2007-00016959    05/10/2007  ***1103***  Suspect        YES      CtbyArrtA    E 3RD ST

2008-00030337    09/06/2008  ***1110***  Suspect        YES      CtbyArrtA    223 FRANKLIN AV
     PROPERTY:                TYPE : Drugs            CODE. : Seized       DATE RECEIVED: 09/06/2008
      MAKE  . :                MODEL:                 COLOR :              COND. MARIJUANA
      REG # . :                STATE:                 YEAR. :              EXP DT:
```

9020000
DOE

Mount Vernon Police Department                    AEGIS  PUBLIC  SAFETY  SYSTEM                                      PAGE    7
DATE: 07/02/2013                                                                                                     FL0290
TIME: 15:35:06                                         ADULT PROFILE SHEET         ORI#: NY0590300 M V P D            JJUSTICH

Jacket#    Name                                                        Driver Lic           State Social Security
164702A    UTLEY,KRAIG,,                                                                                   Age:   24

2009-00055771 11/26/2009  ****1120***  Suspect        YES       ClrbyArrtA

2011-00037499 09/09/2011  ****1110***  Suspect        YES       ClrbyArrtA

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 09/09/2011
  MAKE   :              MODEL:         COLOR :                 COND. MARIJUANA
  REG #  :              STATE:         YEAR. :                 EXP DT:

  PROPERTY:             TYPE : Money   CODE. : Stolen          DATE RECEIVED: 09/09/2011
  MAKE   :              MODEL:         COLOR :                 COND. U.S. CURRENCY
  REG #  :              STATE:         YEAR. :                 EXP DT:

2012-00008203 03/04/2012  ****1110***  Suspect        YES       ClrbyArrtA

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 03/04/2012
  MAKE   :              MODEL:         COLOR :                 COND. 70 BAGS OF MARIJUANA
  REG #  :              STATE:         YEAR. :                 EXP DT:

2012-00020180 06/08/2012  ****1110***  Suspect        YES       ClrbyArrtA

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 06/08/2012
  MAKE   :              MODEL:         COLOR :                 COND. MARIJUANA
  REG #  :              STATE:         YEAR. :                 EXP DT:

2012-00043574 11/27/2012  ****1047***  Suspect        YES       Closed

2013-00010467 03/27/2013  ****1110***  Suspect        YES       ClrbyArrtA

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 03/27/2013
  MAKE   :              MODEL:         COLOR :                 COND. CRACK
  REG #  :              STATE:         YEAR. :                 EXP DT:

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 03/27/2013
  MAKE   :              MODEL:         COLOR :                 COND. MARIJUANA
  REG #  :              STATE:         YEAR. :                 EXP DT:

2013-00014991 04/26/2013  ****1110***  Suspect        YES       ClrbyArrtA   UNION AV

  PROPERTY:             TYPE : Drugs   CODE. : Seized          DATE RECEIVED: 04/26/2013
  MAKE   :              MODEL:         COLOR :                 COND. MARIJUANA
  REG #  :              STATE:         YEAR. :                 EXP DT:

2013-00020134 05/30/2013  ****1124***  Suspect        YES       ClrbyArrtA

```
Jacket#   Name                                                 Driver Lic              State Social Security
 164702A  UTLEY,KRAIG,,                                                                                            Age:    24
```

2013-00018932 05/22/2013 ***1104*** Victim      YES     Open            12 N 7TH AV

```
OFFENSE : STATUTE                    CRIME CODE  DESCRIPTION
          PL 120.10   01   BF1       00ASLT W/INT CAUS SER INJ W/WEAP

BOOKING#         DATE         CASE#              PRISONER TYPE
2013-00001184    05/30/2013   201300020134       arrest
2013-00000854    04/26/2013   201300014991       arrest
2013-00000683    04/08/2013   201300012013
2013-00000580    03/27/2013   201300010467       Wait Court
2013-00000349    11/27/2012   201200043574       warrant
2013-00000180    06/08/2012   201200020180
2012-00001078    06/08/2012   201200020180
2012-00000452    03/04/2012   201200008203       Wait Court
2011-00003071    09/09/2011   201100037499
2009-00001503    11/26/2009   200900055771
2007-00000648    05/10/2007
2007-00000428    03/29/2007
2006-00001432    11/17/2006
2006-00000791    06/22/2006
2005-00000375    08/01/2005

WARRANT NUMBER        DATE          CATEGORY       TYPE        CASE             STATUS           DATE        REASON
2008-04122         12/02/2008       Non-Felony     failapp     0042-00002236    Canceled        01/29/09      WE

OFFENSE                              CRIME CODE
DISORDERLY CONDUCT                    0090C

DOCUMENTS
   Created    Description                        Type Authority         Changed             DATE
 02/15/2005   Packet # & Person Notified         RF   1 General         02/15/2005         12/02/08
  2005-0189   2/4/05

 08/01/2005   mug                                RM                     08/01/2005
 08/12/2005   05-1349                            RF                     08/12/2005
 11/17/2006   MUG SHOT                           RM                     11/17/2006
 09/09/2011   mug shot 9/9/11                    RM                     09/09/2011
 03/04/2012   mugshot                            RM                     03/04/2012
 06/08/2012   mug 06/08/12                       RM                     06/08/2012
 03/27/2013   MUGSHOT 03272013                   RM                     03/27/2013
 04/26/2013   Mugshots                           RM                     04/26/2013
```