# POLICE DEPARTMEMT
## City of Mount Vernon
## EVIDENCE / PROPERTY INVOICE

**Property Clerk's Location:** 68960 — MAR13



**DEFENDANT'S EXHIBIT**

- [ ] ARREST EVIDENCE
- [ ] DECEDENT'S PROPERTY
- [ ] FOUND PROPERTY
- [ ] SAFE KEEPING
- [x] INVESTIGATORY EVIDENCE
- [ ] DESTRUCTION
- [ ] SEIZURE
- [ ] OTHER:

**INCIDENT No.:** 13-7571
**DATE PREPARED:** 3/21/13

**Arresting / Assigned Officer:** [illegible] Notarianni
**Rank:** DET
**Shield No.:** 126
**D.D. Case #:**

**Defendant's / Suspect's Last Name:** UNK
**First:** X
**D.O.B.:** X
**Sex/Race:** X
**Address:** X

**Number of Deft's/Susp's:** X
**Date of Arrest:** X
**Charge / Offense, Under investigation:** Shots Fired

**Owner's Name:** Society
**Complaint's Name:** Society

| ITEMS | Article |
|---|---|
| 1 | (1) 9mm Casing |
| 2 | (1) 9mm Casing |
| 3 | (1) 9mm Casing |

**Number items Vouchered (This Invoice):** 3
**Property Clerk's Storage Location:** MAR13

**RTO**

**Remarks / Additional Suspects / Defendants:**
Shots Fired @ 215 S. 9th Ave

**Property on this voucher delivered to Property Clerk's Office By:** Rank DET, Name [signature]
**Command:** [illegible]
**0000140**

**Property Clerk's Time Stamp:** 3/22/2013 9:58 AM

**PROPERTY CLERK'S CONTROL #:** 68960

WHITE - Original   YELLOW - Rem Copy   PINK - Property Clerk's File   Canary - Officer's Copy