CITY COURT
CITY OF MOUNT VERNON
COUNTY OF WESTCHESTER

Incident Number 13-9571

Docket Numbers 13-1171 & 13-1172
**SUPERSEDING MISDEMEANOR INFORMATION**

---

THE PEOPLE OF THE STATE OF NEW YORK
-against-

PRINCE SCOTT  nd Avenue, Mount Vernon, NY 10550
COREY MARROW  nd Avenue, Mount Vernon, NY 10550

Defendant(s)

Be it known that the complainant herein Officer GREGORIO, of the City of Mount Vernon Police Department, Westchester County, New York, accuses the defendant(s) named above of the following offense(s) committed at 328 South 2nd Avenue, City of Mount Vernon, New York at about March 20, 2013 at approximately 6:17 p.m.

**COUNT ONE** : The Offense of OBSTRUCT GOVERNMENTAL ADMINISTRATION-2ND DEGREE, a violation of Penal Law PL1950500AM2

The Defendant(s) at the above date, time and place did intentionally obstruct, impair or pervert the administration of law or other governmental function or prevent a public servant from performing an official function, by means of intimidation, physical force or interference, or by means of any independently unlawful act, or by means of interfering, whether or not physical force is involved, with radio, telephone, television or other telecommunications systems owned or operated by the state, or a county, city, town, village, fire district or emergency medical service or by means of releasing a dangerous animal under circumstances evincing the actor's intent that the animal obstruct governmental administration.

To wit: The defendant(s) at the above date, time and place, did while aiding, abetting and acting in concert with each other, did physically interfere with members of the Mount Vernon Police Department performing an official function. Your deponent and other members of the Mount Vernon Police Department were attempting to interview a witness with respect to a recent shooting within the City. While performing this official function of interviewing a witness, the defendants' each shouted obscenities at your deponent. The defendants' were advised to stop their actions and leave the area. They refused to do so. As a result of the defendants' actions, the interviewing of the witness was disrupted. Scott said the following to your deponent: "fuck you guys. Don't talk to my fucking grandmother." Marrow said the following: "get the fuck out here." **Pursuant to CPL 710.30 the People intend to use the above statements against the defendant at trial.**

The above allegation(s) of fact are made by the complainant herein on direct knowledge.

**NOTICE: PURSUANT TO THE PENAL LAW, SECTION 210.45, IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.**

March 25, 2013

PO Gregorio #3006
Signed

2013 MAR 25 AM 10:38
MOUNT VERNON CITY COURT
FILED