UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

VAUGHN SCOTT, NIGERIA SCOTT, PRINCE SCOTT,
ANDREE HARRIS, BRENDA SCOTT, KRAIG UTLEY,
COREY MARROW, AS A MINOR CHILD, K.M., A
MINOR CHILD, and JULIAN RENE,

     Plaintiffs,

   -against-

THE CITY OF MOUNT VERNON, et al.,

     Defendants.

------------------------------------------x

DEPOSITION OF CAMILO ANTONINI

Mount Vernon, New York

November 18, 2015

1:42 p.m.

Reported By:
Cheryll Kerr, RPR, SHR
Job No. 41837

Camilo Antonini

November 18, 2015

1:42 p.m.


        Deposition of Camilo Antonini, held at City

Hall, One Roosevelt Square, Mount Vernon, New

York, pursuant to Notice, before Cheryll Kerr,

RPR, SHR and Notary Public, in and for the State

of New York.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  1.800.642.1099

1      Q      Okay, so you are unsure?

2      A      I probably went somewhere, yes.

3      Q      What is it in your memory that makes you

4      think you probably went somewhere?

5      A      Because we were responding to a certain

6      location at that time.

7      Q      Okay.  What location was that?

8      A      Somewhere on Second Avenue.

9      Q      Okay.

10     When you say, "We were responding," who are the

11     "we" you were referring to?

12     A      Myself and a couple of members of my

13     unit, I believe.

14     Q      Do you recall the names --

15     A      No.

16     Q      -- of those members of your unit?

17     A      No.

18     Q      Okay.

19     What was the reason that you responded to that

20     location on Second Avenue?

21     A      Officers was calling for assistance.

22     Q      Other than the fact that the officers

23     were calling for assistance, were you told anything

24     else prior to responding to the location?

25     A      No.

1         Q     How long were you in that living room?

2         A     Ten minutes, tops.

3         Q     When you arrived in the living room, were

4 there other police officers there?

5         A     Yes.

6         Q     How many other police officers were

7 there?

8         A     Don't recall.

9         Q     Do you recall the names or identities of

10 any of those police officers?

11         A     No.

12         Q     When you arrived in the living room, how

13 many people, if any, were present who were not

14 police officers?

15         A     Don't recall the number, but it was a

16 good amount.

17         Q     Okay.  Would it be more or less than

18 five?

19         A     I would say more.

20         Q     Would it be more or less than 10?

21         A     About.

22         Q     All right, so it would be about 10, you

23 think?

24         A     Yes.

25         Q     All right.  Did you know any of the

1    civilians in that apartment?

2         A    Yes.

3         Q    Which civilians in that apartment did you

4    know?

5         A    The ones that I have had previous

6    encounters with, which I have arrested in the past

7    for possession of drugs, gang affiliations, and

8    parties being investigated for shootings, narcotics,

9    those types of crime in the city.

10        Demetrius Royal King, James Haugh, Corey

11   Marrow, Julian Rene, Craig Utley, Prince Scott.  I

12   can't recall somebody else.

13        I know there was another party, but I can't

14   remember his name.

15        Q    So other than the people that you've

16   named and possibly an additional person that you

17   knew, whose name you can't recall right now, there

18   were no other civilians in that apartment that you

19   knew?

20        A    There was a couple of females, but I

21   don't recall their names.

22        Q    Did you know them before that date?

23        A    No.

24        Q    Okay.  When you entered the living room,

25   did you receive any instructions from any of the

1        A     No.

2        Q     Were you required to ask permission to

3  leave?

4        A     No.

5        Q     During the period of time that you were

6  standing in the apartment, did you observe any

7  physical contact between any police officer and any

8  civilian?

9        A     During the time I was there, no.

10       Q     During the time you were there, did you

11  observe any police officers undertaking a search?

12       A     No.

13       Q     During the time you were there, did you

14  observe any civilians engaging in any conduct that

15  you believe to be illegal?

16       A     No.

17       Q     Do you recall -- other than with --

18             MR. THOMPSON:  Withdrawn.

19  BY MR. THOMPSON:

20       Q     Other than what you've testified to so

21  far today, is there anything you can tell me about

22  the reason why the police officers were at the

23  location that day?

24       A     I think it was -- I think they were

25  investigating some shooting or something to that

1    sort, yeah.
2         Q    Okay.  Do you know where the shooting
3    occurred?
4         (Pause)
5         THE WITNESS:  If I --
6    I think -- it was Seventh and Third
7    Street, I think.
8         (Thereupon, an informal discussion
9    was held off the record.)
10        BY MR. THOMPSON:
11        Q    Okay.
12   Do you know when it occurred in relation to the
13   time that you were at the apartment?
14        A    No.
15        Q    Okay.
16   Do you know whether any of the civilians in the
17   apartment were involved in the shooting?
18        A    To my recollection, I...
19        (Pause)
20        THE WITNESS:  Only after the fact I
21   found out that one of the guys that was
22   sitting there was shot.
23        BY MR. THOMPSON:
24        Q    Do you recall how you found that out
25   after the fact?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 1.800.642.1099

1      A     I think officers talking about it.

2      Q     Okay.

3      Are you aware of any facts that would indicate

4      that any of the civilians in that apartment were

5      guilty of committing the shooting?

6      A     No.

7      Q     Were the civilians in that apartment free

8      to leave that apartment?

9      A     I'm not sure.  I mean, remember that I

10      was there for 10 minutes, and then I left.

11      Officers were there before.  Officers was there

12      when I left, so...

13      Q     Okay.  You mentioned that there were

14      these six people that you were familiar with in the

15      apartment.

16      Let's begin with Prince Scott.  What is your

17      knowledge of Prince Scott?

18      A     From the Mount Vernon Police Narcotics

19      Unit.  We work in conjunction with the Westchester

20      County Intel Center.

21      They provide us with up-to-date information of

22      all the gang activities throughout the whole county

23      of Westchester, including the City of Mount Vernon,

24      New York.

25      The six parties that I mentioned to you are all

1  part of a gang named the Gunners -- the Third Street

2  Gunners, okay, which have all been involved in

3  shootings throughout the city.

4  Prince Scott was just recently placed under

5  arrest for conducting illegal sales to an undercover

6  officer, so -- and Demetrius Royal King is currently

7  in jail for the same.

8  Craig Utley has been known for the same things,

9  selling narcotics, gang involvement.  Corey Marrow

10  for the same thing.  Julian Rene for the very same

11  thing.

12  In fact, as you know, the reason why the

13  officers were there during that time was for some

14  apparent incident of a shooting, which Julian Rene

15  was found to be shot in the ass, if I am not

16  mistaken.

17  James Haugh, which I also mentioned in that

18  list, was just recently shot about eight to nine

19  times, I believe, at the same location where all

20  these parties gathered, which is Third Avenue and

21  Third Street.

22  I mean, so far that's how much I know about

23  them.

24          Q     Okay.

25  (Pause)

1    be inside that apartment, so to answer your

2    question, I think so, yes.

3        Q    Okay.

4        So when someone is shot, how long does it

5    remain an ongoing crime?

6        A    Until they find out that somebody was

7    shot.

8        Q    Okay, so it can be an ongoing crime for

9    hours?

10       A    I'm not sure.

11       Q    I am trying to understand what your

12   understanding is, so --

13       A    I know you are.

14       You have to remember that I was there for 10

15   minutes --

16       Q    Okay.

17       A    -- more or less.

18       Q    All right, so you're --

19                MR. THOMPSON:  Withdrawn.

20   BY MR. THOMPSON:

21       Q    Are you trying to say that you're not

22   sure whether there were exigent circumstances or not

23   at that particular apartment?

24       A    From what I observed, there was officers

25   at the scene, so I believe that -- I believe there

1    were.

2         Q    What was the --

3              MR. THOMPSON:  Withdrawn.

4    BY MR. THOMPSON:

5         Q    Do you know what the exigent

6    circumstances were?

7         A    Not until I found out later on what

8    transpired from officers being there.

9         Q    Okay.

10        Other than what you've told me so far, what

11   else did you find out about what had happened?

12        A    It's pretty much what we discussed, that

13   it so happened later on that there was somebody shot

14   at that apartment, which happened to be Julian Rene.

15        Q    Okay.

16        Just to be clear, was it your understanding

17   that Julian Rene was shot in the apartment?

18        A    I -- I don't think so, no.

19        Q    Okay.  Where was Julian Rene shot?

20        A    In the ass, I think.

21        Q    And what location within the City of

22   Mount Vernon was --

23        A    Oh, I'm not sure.

24        Q    Did police ever learn who shot him?

25        A    Not sure.