UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

VAUGHN SCOTT, NIGERIA SCOTT, PRINCE SCOTT, ANDREE HARRIS, BRENDA SCOTT, KRAIG UTLEY, COREY MARROW, AS A MINOR CHILD, K.M., A MINOR CHILD, and JULIAN RENE,

Plaintiffs, Index No. 14-CV-4441 (SHS)

-against-

THE CITY OF MOUNT VERNON, et al.,

Defendants.

---------------------------------------------------x

DEPOSITION OF JOHN GAMBLE

Mount Vernon, New York

November 20, 2015

2:00 p.m.

Reported By:
Cheryll Kerr, RPR, SHR
Job No. 41847

John Gamble

November 20, 2015

2:00 p.m.

Deposition of John Gamble, held at City Hall, One Roosevelt Square, Mount Vernon, New York, pursuant to Notice before Cheryll Kerr, RPR, SHR, and Notary Public in and for the State of New York.

captain. It all depends who was working that particular day.

Q Okay. All right.

In your duties as a detective on and about March 20th, 2013, did you normally perform your duties within Two Roosevelt Square, or somewhere else?

A It depends on where the incident occurs.

It could be throughout the City of Mount Vernon. It could be Westchester, the Bronx, New York City, elsewhere.

Q Okay.

Did there come a point in time on March 20, 2013 when you left Two Roosevelt Square to going somewhere else?

(Pause)

THE WITNESS: Honestly, I don't recall.

BY MR. THOMPSON:

Q Okay. This particular lawsuit relates to an incident occurred, in part, at 328 South Second Avenue.

Do you recall whether you were ever at 328 South Second Avenue on March 20th, 2013?

A I do not recall.

Q Okay.

Do you recall being in a private apartment on that date as part of an investigation, or for any other reason?

A No.

(Pause)

BY MR. THOMPSON:

Q Okay.

Is there anything that would refresh your recollection as to your activities on March 20, 2013?

A If there's a report out there, that may have me listed or something like that, but nothing for me, no.

Q Okay, so just to be clear -- you know, and I'm -- it's perfectly fine not to recall things, if that's the truth of what is in your mind.

Do you recall any specific activities that you performed as part of your duties on March 20, 2013?

A No.

Q Okay.

(Pause)

MR. THOMPSON: Could I actually have a moment with you, Counsel?

MR. WISHAM: Absolutely.

(Recess taken at 2:16 p.m.)

(Resumed at 2:17 p.m.)

BY MR. THOMPSON:

Q All right.

Do you recall having any encounter with a person named Prince Scott on or about March 20th of 2013?

A No.

Q Okay.

Do you recall having any encounter with a person named Corey Marrow on or about March 20th, 2013?

A No.

Q Do you recall having any kind of an encounter with a person named Kraig Utley on or about March 20th, 2013?

A No.

Q Do you recall having any encounter with a person named Julian Rene on or about March 20th, 2013?

A No.

Q Do you recall having any encounter with a person named Vaughn Scott -- a female named Vaughn Scott -- on or about March 20th, 2013?

A No.

Q Okay.

Do you recall having any encounter with a person named Nigeria Scott on or about March 20th, 2013?

A No.

Q Do you recall having an encounter with a person named Brenda Scott on or about March 20th, 2013?

A No.

Q All right. I am going to show you some documents.

I am going to ask you if they refresh your recollection as to any events that occurred on March 20th, 2013. Now, obviously, if there's no recollection to refresh, the answer is -- an appropriate answer is no.

Counsel can jump in, but the question is not whether you can see what's on the document and read it to me.

The question is whether reviewing the document provokes an independent recollection that you may have about anything that occurred on March 20th, 2013 --

A Okay.

Q -- okay? I am going to start you off

THE WITNESS: Okay.

(Pause)

BY MR. THOMPSON:

Q Have you had a chance to review the document?

A Yes.

Q Did you read the narrative?

A Yes.

Q All right.

Did anything in this document refresh your recollection as to whether or not you were involved in this incident in any way?

A No.

Q Okay.

Do you recall being involved in this incident at all?

A No.

Q Can you say that you were not involved in this incident?

(Pause)

THE WITNESS: All I could say is I was working, but I don't recall this incident.

BY MR. THOMPSON:

Q Okay. All right.

(Pause)

MR. THOMPSON: I think I don't need to go through the rest of these exhibits, based on our conversation and what the witness has testified to so far, that -- you know, he probably wasn't involved in this --

THE WITNESS: No.

MR. THOMPSON: -- so we will close this deposition and take it from there. Do you have any questions?

MR. WISHAM: No questions. Thank you.

THE WITNESS: Thank you.

(Thereupon, the deposition was concluded at 2:23 p.m.)