```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

VAUGHN SCOTT, NIGERIA SCOTT,
PRINCE SCOTT, ANDREE HARRIS,
BRENDA SCOTT, KRAIG UTLEY, COREY MARROW,
AS A MINOR CHILD, K.M., A MINOR CHILD,
AND JULIAN RENE,

                Plaintiffs,

            -against-
                                14-CV-4441(SHS)
CITY OF MOUNT VERNON, ET AL.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - X

HELD AT:    Office of Corporation Counsel
            1 Roosevelt Square
            Mount Vernon, New York 10550
            December 2, 2015
            1:10 p.m.
```

Examination before Trial of the Plaintiff, KEVIN MARROW, pursuant to Court Order, held at the above time and place before a Notary Public of the State of New York.

J & L REPORTING SERVICE
of Westchester, Inc.
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 682-1888
Lisa Dobbo, Reporter

A P P E A R A N C E S:

       STECKLOW COHEN & THOMPSON, PLLC
       Attorneys for the Plaintiffs
       Office & Post Office Address
       217 Centre Street, 6th Floor
       New York, New York 10013
       BY:  DAVID ALLEN THOMPSON, ESQUIRE

       THE OFFICE OF CORPORATION COUNSEL
       Attorneys for the Defendants
       Office & Post Office Address
       1 Roosevelt Square
       Mount Vernon, New York 10550
       BY:  WELTON K. WISHAM, ESQUIRE
           Of Counsel

2        Q.   What happened after Julian
3   pulled his pants up, what did the officers
4   do next?
5        A.   They had everybody sit down and
6   then we asked -- my mother asked if they can
7   leave now.  They said no, they was waiting.
8        Q.   Do you know what they were
9   waiting for?
10       A.   They said for a search warrant.
11       Q.   Did they search any other rooms
12  other than the living room?
13       A.   They only went back to my room
14  and I'm not sure if they searched it because
15  I'm not able to see into there but that's
16  what they said they was doing.
17       Q.   Did they damage any property in
18  your apartment?
19       A.   Not to my knowledge, no.
20       Q.   You didn't see them damage any
21  property in your apartment on March 20th,
22  2013?
23            MR. THOMPSON:  Objection.
24       Asked and answered.
25            MR. WISHAM:  You can answer.

2    A.    Not that I know.

3    Q.    You saw one of the officers

4  enter the apartment door; correct, and you

5  say he pushed his way in; correct?

6    A.    Yes.

7         MR. THOMPSON:  Objection.

8    Q.    The officer didn't damage or

9  break the door, did he?

10   A.    No.

11   Q.    Is there anything else you can

12 recall the officers doing after they

13 conducted the search and had everybody sit

14 down after these several hours, do you

15 recall the officers doing anything else?

16        MR. THOMPSON:  Objection to

17   form.

18        MR. WISHAM:  You can answer.

19   A.    Not that I remember.  I'm not

20 sure.

21   Q.    After three hours or so, the

22 officers simply left your apartment;

23 correct?

24   A.    After three hours or whatever,

25 they eventually did.

Q. Did they say anything when they left?

A. I do not remember if they said anything or not.

Q. Were you injured?

A. No.

MR. WISHAM: Thanks for coming in. I don't have anything else.

MR. THOMPSON: I have no questions.

(Whereupon this examination concluded at 1:29 p.m.)

_____
KEVIN MARROW

Subscribed and sworn to
before me this_____day
of_____, 2015.


_____
Notary Public