```
                                                              1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------X

VAUGHN SCOTT, NIGERIA SCOTT,
PRINCE SCOTT, ANDREE HARRIS,
BRENDA SCOTT, KRAIG UTLEY, COREY MARROW,
AS A MINOR CHILD, K.M., A MINOR CHILD,
AND JULIAN RENE,

              Plaintiffs,

              -against-
                                14-CV-4441(SHS)
CITY OF MOUNT VERNON, ET AL.,

              Defendants.

--------------------------X

HELD AT:    Office of Corporation Counsel
            1 Roosevelt Square
            Mount Vernon, New York 10550
            December 1, 2015
            2:27 p.m.


            Examination before Trial of the

Plaintiff, ANDREE HARRIS, pursuant to Court

Order, held at the above time and place

before a Notary Public of the State of New

York.



            J & L REPORTING SERVICE
              of Westchester, Inc.
           50 Main Street, Suite 1000
           White Plains, New York 10606
                 (914) 682-1888
              Lisa Dobbo, Reporter
```

A P P E A R A N C E S:

STECKLOW COHEN & THOMPSON, PLLC
Attorneys for the Plaintiffs
Office & Post Office Address
217 Centre Street, 6th Floor
New York, New York 10013
BY: DAVID ALLEN THOMPSON, ESQUIRE


THE OFFICE OF CORPORATION COUNSEL
Attorneys for the Defendants
Office & Post Office Address
1 Roosevelt Square
Mount Vernon, New York 10550
BY: WELTON K. WISHAM, ESQUIRE
Of Counsel

A. HARRIS                                                      11

about. I'm not a criminal."

MR. WISHAM: I'm going to have
to interrupt you; just limit your
answer to the question.

MR. THOMPSON: For example, the
last question was: Did they tell you
where the shooting took place?

THE WITNESS: No, they never
told me where the shooting took
place.

MR. THOMPSON: Short answer
directed to his question and we'll
keep this going.

Q. Prior to the police officers
entering your apartment at about 5:30, 6:00,
the police officers who appeared at your
apartment at 328 S. Second Avenue had
indicated there was a prior shooting;
correct?

A. Yes.

Q. Were you informed that there
was a vehicle involved in that shooting?

A. Yes.

Q. Could you describe the vehicle

```
 1                A. HARRIS              12
 2    that they, the police officer indicated?
 3         A.   I don't know how the vehicle --
 4    I didn't -- they said it was a white vehicle
 5    but I never seen the vehicle so I don't
 6    really -- they just said a white vehicle,
 7    that's all.
 8         Q.   Did you see a white vehicle in
 9    the driveway at 328 S. 2nd Avenue on March
10    20th?
11         A.   No, I did not.  Yes, my
12    sister's van was there but I never knew that
13    any involvement of that.  All I know it was
14    a white vehicle.
15         Q.   Your sister's van, is that
16    Nigeria Scott's?
17         A.   Yes.
18         Q.   She has a white van?
19         A.   At that time, yes, she did have
20    a white van.
21         Q.   At that time meaning March
22    20th, 2013?
23         A.   Yes.
24         Q.   Was the windshield broken on
25    that white van?
```

```
 1    A.    HARRIS                     21
 2          was searched without knowing why.
 3    Q.    Other than that, did you have
 4          any other injuries?
 5    A.    No.
 6    Q.    Have you ever been arrested?
 7    A.    Yes, but not -- it's not prior
 8          to what's going on.  It has nothing to do
 9          with the case that's present.
10    Q.    How many times have you been
11          arrested?
12    A.    Once.
13    Q.    When was that?
14    THE WITNESS:  What does this
15          have to do with this case?
16    MR. WISHAM:  Sir, I'm an
17          officer of the court.  You need to
18          answer my questions.
19    MR. THOMPSON:  If you can
20          remember when it was, if you can
21          approximate when it was; one year
22          ago, five years ago, ten years ago.
23    A.    I believe it was 2002.  I
24          believe 2002, 2003.
25    Q.    What was the nature of that
```