UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

VAUGHN SCOTT, NIGERIA SCOTT,
PRINCE SCOTT, ANDREE HARRIS,
BRENDA SCOTT, KRAIG UTLEY, COREY MARROW,
AS A MINOR CHILD, K.M., A MINOR CHILD,
AND JULIAN RENE,

    Plaintiffs,

  -against-
          14-CV-4441(SHS)
CITY OF MOUNT VERNON, ET AL.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - X

HELD AT:  Office of Corporation Counsel
      1 Roosevelt Square
      Mount Vernon, New York 10550
      December 1, 2015
      1:23 p.m.


    Examination before Trial of the

Plaintiff, BRENDA SCOTT, pursuant to Court

Order, held at the above time and place

before a Notary Public of the State of New

York.

J & L REPORTING SERVICE
of Westchester, Inc.
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 682-1888
Lisa Dobbo, Reporter

A P P E A R A N C E S:

      STECKLOW COHEN & THOMPSON, PLLC
      Attorneys for the Plaintiffs
      Office & Post Office Address
      217 Centre Street, 6th Floor
      New York, New York 10013
      BY:  DAVID ALLEN THOMPSON, ESQUIRE


      THE OFFICE OF CORPORATION COUNSEL
      Attorneys for the Defendants
      Office & Post Office Address
      1 Roosevelt Square
      Mount Vernon, New York 10550
      BY:  WELTON K. WISHAM, ESQUIRE
          Of Counsel

2    correct?

3         A.    Yes.

4         Q.    That relates to March 20th,
5    2013?

6         A.    Yes.

7         Q.    Why?

8         A.    Because they went against my
9    rights.

10        Q.    They meaning the police
11   department?

12        A.    Yes.

13        Q.    What did they do to you on
14   March 20th, 2013?

15             MR. THOMPSON:  Objection to
16        form.

17        Q.    Did the Mount Vernon police
18   officers do anything to you on March 20th,
19   2013 to cause you to file a civil rights
20   lawsuit?

21             MR. THOMPSON:  Objection to
22        form but you can answer.

23        A.    One thing they insulted me,
24   number one, and slammed the door on my foot.

25        Q.    Anything else?

2       A.    I don't think so.

3       Q.    You say they insulted you.

4    Do you know which officer insulted

5    you?

6       A.    The first one that came to the

7    door.  I don't know his name.

8       Q.    The officers that you saw on

9    March 20th, 2013, had you seen any of those

10   officers before March 20th, 2013?

11      A.    Yes.

12      Q.    Which officers?

13      A.    I seen most of them in the

14   street; Antonini, I think it was the last

15   one you -- I seen them in the street, just

16   the faces.  I don't know the names of all of

17   them.

18      Q.    Other than seeing them in the

19   street before March 20th, did you have any

20   encounters with any of those officers?

21      A.    No.

22      Q.    Have you ever been arrested

23   before?

24      A.    Once in my life.

25      Q.    When was that, if you can

video games in the back, the teenagers, they were playing video games and I was getting ready to cook and everybody else was watching television.

Q. How did the police officers get into your apartment?

A. They came and knocked on the door.

Q. Who answered the door?

A. I did.

Q. What did the police officers say to you?

A. I told my daughter the police are at the door. He said he wanted to come in. I said you have to wait. I have to ask my daughter. It wasn't my place. I said please don't come in.

Q. Did you say anything else to the police officers?

A. I asked him did they have a warrant.

Q. And they answered what?

A. They said we don't need a warrant.

1
2    door when they entered the apartment?
3         A.   Some were waiting downstairs
4    and some were upstairs but I'd say three of
5    them came to the front door.  I don't
6    remember exactly.  I know it was at least
7    three at the front door.
8         Q.   Did the police officers injure
9    you?
10        A.   Only when he hit the door on my
11   foot.  I tried to push the door closed and
12   he hit the door on my foot.
13        Q.   Did you find out why the police
14   officers were in your apartment?
15        A.   They said that they were told
16   something about a shooting or something.  I
17   don't know.
18        Q.   They informed you that there
19   was a shooting before they came to your
20   apartment?
21        A.   Yes.
22        Q.   And did they tell you anything
23   else, if you can recall, regarding that
24   shooting?
25        A.   Only that they wanted to speak

```
                         B. SCOTT                    15
         A.    No.
         Q.    What else did you observe after
you saw the police officers searching
certain areas in your home on 3-20-13?
               MR. THOMPSON:  Objection to
         form but you can answer.
         A.    Only just checking people's
ID's.  That's it.  I didn't like it
because --
         Q.    Did the police officers do
anything else other than take ID's?
         A.    They didn't touch me.  They
talked to some of the people, some of the
kids in the house but they didn't touch me.
They just told me I couldn't leave.
         Q.    Did they touch anybody?
               MR. THOMPSON:  You have to
         answer in words.
         A.    Yes.
         Q.    Who did they -- who did you see
them touch?
         A.    As far as shoving the kids,
just shoving them.  They were just nasty and
shoving them around.  I can't say
```

B. SCOTT                        21

MR. THOMPSON: I think the question was how long were they actually there.

A. I really don't know. I don't remember how many hours but it was hours. That's all I can say is that it was hours.

Q. What did they say to you during that time?

A. They made jokes and stuff like that.

Q. They didn't physically harm you?

A. No, not speaking to me, no.

Q. Corey Marrow was in the house, as well?

A. Uh-huh.

Q. What was he doing at this time while the police were inside?

A. He was waiting for the baby to come home, for the baby's mother to bring her home.

Q. Let's get back to Julian Rene. You know now that he had been shot and I believe it was in the buttocks and you

police officers after March 20th, 2013?

    A.    I haven't personally.

    Q.    Are you seeing any medical professionals; psychiatrist or any other person regarding your fear of walking down the streets?

    A.    Well, I'm supposed to go see a psychiatrist in Mount Vernon at the Community Center. I used to go see. After that I saw someone in New Rochelle. I went into this group thing you go. I went there and now they're telling me I can go see the one in Mount Vernon.

    Q.    When did you first go to this medical person in New Rochelle, what year was that?

    A.    A couple years.

    Q.    You don't recall what year?

    A.    No.

    Q.    How often had you gone there?

    A.    I used to go every Saturday morning.

    Q.    Why were you attending these sessions, if you will, every Saturday

2    television.

3         Q.    How old is Andree?

4         A.    32.

5         Q.    To your knowledge, has Andree

6    Harris ever been arrested?

7         A.    One time when was 15 almost 16.

8         Q.    Do you know what for?

9         A.    He was rolling a cigarette in

10   front of the building.

11        Q.    328?

12        A.    No.

13        Q.    What building?

14        A.    10th Avenue.

15        Q.    Did you see anybody get injured

16   during the time you were inside the

17   apartment at 328 S. 2nd Avenue?

18        A.    No, I didn't see anything.

19        Q.    Other than the bathroom sink, I

20   think you mentioned, did you see any other

21   damage to any property in that apartment?

22        A.    No, I didn't see any damage to

23   any other property.

24        Q.    Did you file a complaint

25   against any police officers as a result of

2    the March 20th, 2013 incident other than a

3    Notice of Claim?

4            MR. THOMPSON:  Objection to

5        form.

6            THE WITNESS:  I don't

7        understand.

8        Q.   Did you file a complaint, a

9    civilian complaint?

10       A.   No.

11       Q.   Did you fill out any reports

12   regarding this incident at the Mount Vernon

13   Police Department --

14       A.   No.

15       Q.   -- on March 20th, 2013?

16       A.   No.

17       Q.   Other than your fear of walking

18   down the streets of Mount Vernon, are there

19   any other emotional injuries that you have

20   sustained as a result of the 3-20-13

21   incident?

22           THE WITNESS:  Emotional?

23           MR. WISHAM:  Yes.

24       A.   No.

25       Q.   You said there were about 12