1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

VAUGHN SCOTT, NIGERIA SCOTT,
PRINCE SCOTT, ANDREE HARRIS,
BRENDA SCOTT, KRAIG UTLEY, COREY MARROW,
AS A MINOR CHILD, K.M., A MINOR CHILD,
AND JULIAN RENE,

        Plaintiffs,

    -against-

                        14-CV-4441(SHS)
CITY OF MOUNT VERNON, ET AL.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - X

HELD AT:    Office of Corporation Counsel
           1 Roosevelt Square
           Mount Vernon, New York 10550
           December 7, 2015
           11:05 a.m.

        Examination before Trial of the Plaintiff, COREY MARROW, pursuant to Court Order, held at the above time and place before a Notary Public of the State of New York.

J & L REPORTING SERVICE
of Westchester, Inc.
50 Main Street, Suite 1000
White Plains, New York 10606
(914) 682-1888
Lisa Dobbo, Reporter

A P P E A R A N C E S:

    STECKLOW COHEN & THOMPSON, PLLC
    Attorneys for the Plaintiffs
    Office & Post Office Address
    217 Centre Street, 6th Floor
    New York, New York 10013
    BY:  DAVID ALLEN THOMPSON, ESQUIRE

    THE OFFICE OF CORPORATION COUNSEL
    Attorneys for the Defendants
    Office & Post Office Address
    1 Roosevelt Square
    Mount Vernon, New York 10550
    BY:  WELTON K. WISHAM, ESQUIRE
        Of Counsel

```
 1                    C. MARROW                    6
 2    you file a federal lawsuit?
 3         A.   Because I felt like my civil
 4    rights was being violated.
 5         Q.   How?
 6         A.   Because they came into my home
 7    and they had us all sitting in the living
 8    room, they held us hostage basically and
 9    searched my house.
10         Q.   Did they do anything else, Mr.
11    Marrow, to cause you to file a civil rights
12    lawsuit?
13              MR. THOMPSON:  Objection to
14         form.
15              MR. WISHAM:  You can answer.
16         A.   They went through my private
17    stuff, when I was recording Officer Antonini
18    bent my hand back and took my phone and told
19    me to stop recording, they wouldn't allow us
20    to use no cell phones, no house phones,
21    watch no TV and they kept us trapped.
22         Q.   I'm sorry, they kept you what?
23         A.   Trapped.
24         Q.   For how long did they keep you
25    trapped?
```

2          A.    For a little more than two
3    and-a-half to three hours, perhaps a little
4    longer.  I don't know the exact time.
5          Q.    And this occurred on March
6    20th, 2013; correct?
7          A.    Correct.
8          Q.    At about 5:30, 6:00, somewhere
9    thereabouts?
10         A.    Correct.
11         Q.    There were several people in
12   your apartment; correct?
13         A.    Correct.
14         Q.    Yourself, Kevin Marrow?
15         A.    Correct.
16         Q.    Prince Scott, he was there;
17   correct?
18         A.    Correct.
19         Q.    Nigeria Scott?
20         A.    Correct.
21         Q.    Arabia Scott?
22         A.    Correct.
23         Q.    Julian Rene?
24         A.    Correct.
25         Q.    Kraig Utley?

```
1                    C. MARROW                    10
2      the first person at the door who met the
3      police officers?
4             A.    First person at the door was my
5      grandmother.
6             Q.    Brenda Scott?
7             A.    Yes.
8             Q.    Did she say anything to the
9      police officers before they entered the
10     door?
11            A.    She asked who were they.
12            Q.    She asked who the police
13     officers were as a result of police officers
14     knocking on the door before they entered?
15            A.    Yes.
16            Q.    So, police officers knocked on
17     your door before they entered the apartment;
18     correct?
19            A.    Correct.
20            Q.    How many times did they knock?
21            A.    I can't tell you.
22            Q.    Did you hear Brenda Scott say
23     anything to the police officers?
24            A.    Yes.
25            Q.    What did she say?
```

```
                              C. MARROW                    16
```
that the police officers searched everybody in your apartment and had them put their hands up against the wall; correct?

    A.    Correct.

    Q.    Go ahead.

    A.    The people that I seen were searched.

    Q.    Did you see them search your sister Arabia Scott?

    A.    No, I did not.

    Q.    She wasn't searched?

    MR. THOMPSON:    Objection.

    Q.    You didn't see them search Arabia Scott; correct?

    A.    Correct.

    Q.    Did you see them search Kevin Marrow?

    A.    No.

    Q.    Prince Scott?

    A.    Yes.

    Q.    Nigeria Scott?

    A.    No.

    Q.    Julian Rene?

    A.    Yes.

Q. Craig Utley?

A. Yes.

Q. Demetrius Roy King?

A. Yes.

Q. James Howell?

A. Yes.

Q. Terrane Batson?

A. Yes.

Q. Brenda Scott?

A. No.

Q. Andree Harris?

A. No.

Q. Vaughn Scott?

A. No.

Q. How long did the search of each individual take, if you can recall?

A. I can't recall.

Q. You were searched, as well; correct?

A. Yes.

Q. Patted down?

A. Yes.

Q. Did the police officers find any weapons on anybody?

```
1                     C. MARROW                    19
2           A.    They said my sister's van was
3      seen fleeing a shooting.
4           Q.    Was that van involved in the
5      shooting?
6           A.    No.
7           Q.    Was that van at the location of
8      a prior shooting?
9           A.    I was driving past.  I didn't
10     know it was a shooting.
11          Q.    You didn't know of the shooting
12     but my question was whether or not that
13     van -- and you're talking about a white
14     minivan; correct?
15          A.    Yes.
16          Q.    Was that white minivan at the
17     location of where a shooting had occurred
18     before the police officers entered your
19     apartment on March 20th, 2013?
20               MR. THOMPSON:  Objection.
21     Asked and answered.  You can answer.
22               MR. WISHAM:  You can answer.
23          A.    I don't know where the shooting
24     occurred.
25          Q.    You don't know where the
```

         2          Q.    No one got shot in your
         3    apartment; correct?
         4          A.    Not correct.
         5          Q.    Somebody got shot in the
         6    apartment?
         7          MR. THOMPSON:  I think there's
         8    some confusion here whether the
         9    shooting took place in the apartment
        10    or --
        11          MR. WISHAM:  Let him answer.
        12    Do you understand the question?
        13          MR. THOMPSON:  Don't talk over
        14    me, please.
        15          MR. WISHAM:  Counselor, I'm not
        16    here to argue.  What you're doing is
        17    objectionable.
        18          Did you understand the
        19    question?
        20          THE WITNESS:  Explain it a
        21    little more.
        22          Q.    No one got shot inside your
        23    apartment; correct?
        24          A.    No.
        25          Q.    Julian Rene had gotten shot;

2  correct?

3          A.   I mean he got grazed.  I
4  wouldn't call that a shot.

5          Q.   Julian Rene had gotten grazed
6  by a bullet; correct?

7          A.   Correct.

8          Q.   And Julian Rene had gotten
9  grazed by a bullet before the police
10 officers entered your apartment on 3-20-2013
11 at about 5:30; correct?

12         A.   Correct, but they didn't know
13 that.

14         Q.   How do you know that they
15 didn't know that?

16         A.   How could they know because
17 they didn't know --

18         Q.   You were driving the white
19 minivan; correct?

20         A.   Correct.

21         Q.   You were at a location where
22 Julian Rene had gotten shot on 3-20-2013;
23 correct?

24              MR. THOMPSON:  Objection.  You
25         can answer.

    A.    No.

    Q.    If Julian Rene testified that he had been grazed by a bullet, he had been grazed in the buttocks and jumped into your car --

    THE WITNESS:  Keep going.

    Q.    -- would he be correct?

    A.    Yes, he was fleeing -- I seen him coming towards my car and I pulled over. He was like running, jogging.

    Q.    He was running from what?

    A.    I don't know.

    Q.    Did he tell you he was running?

    A.    Not until afterwards.

    Q.    What did he tell you afterwards?

    A.    He said he heard shots.

    Q.    He heard shots where?

    A.    In the vicinity of 7th Avenue and 3rd Street.

    Q.    When you saw Julian running, he ran and got inside your car?

    A.    Yeah.

    Q.    At what location did he get

```
1                    C. MARROW                    24
2    inside your car?
3         A.    Approximately 9th Avenue and
4    3rd Street but a little more into the block.
5         Q.    Julian Rene had gotten grazed
6    by a bullet and was running from the scene
7    and saw your van and jumped into your van;
8    is that fair to say?
9              MR. THOMPSON:  Objection to the
10        form.
11             MR. WISHAM:  You can answer.
12        A.    Yes.
13        Q.    That white minivan's back
14   windshield was shattered; is that correct?
15             MR. THOMPSON:  Objection to the
16        form.
17        A.    No, it was a plastic bag.
18        Q.    I'm sorry?
19        A.    No.
20        Q.    The white minivan's rear
21   windshield was not shattered, to your
22   knowledge?
23             MR. THOMPSON:  Objection to the
24        form.
25        A.    It wasn't shattered.
```

```
 1                      C. MARROW                    25
 2          Q.    Was there plastic on the
 3    windshield, the back rear windshield?
 4          A.    Yes.
 5          Q.    Who put the plastic there on
 6    the rear windshield?
 7          A.    I did.
 8          Q.    When did you put the plastic on
 9    the rear windshield?
10          A.    A couple weeks before.
11          Q.    What occurred for you to put
12    plastic on the rear windshield?
13          A.    I came out one night and my
14    window was busted out and stuff was stolen
15    out of my car.
16          Q.    Where did that occur?
17          A.    It had occurred on 1st Avenue
18    an Sandford Boulevard.
19          Q.    Can you describe the events
20    that lead to that window being shattered?
21          A.    I was asleep.
22          Q.    Where do you currently reside
23    now?
24          A.    345 S. 4th Avenue, Mount
25    Vernon, New York.
```

C. MARROW                    34

        Q.    Did the Mount Vernon police
officers or did the City of Mount Vernon
charge you with violating any ground?
        A.    They charged me with resisting
arrest.
        Q.    That was in what year?
        A.    2013.
        Q.    After March 20th?
        A.    Yes.
        Q.    Is that case still pending?
        A.    No.
        Q.    Was it dismissed, did you take
a plea or how was it disposed of?
        A.    I didn't plead to it.  I don't
know.
        Q.    Do you know if you plead guilty
to a lesser charge?
        A.    No, I didn't plead to nothing
in that case.
        Q.    Had you ever been arrested
before?
        A.    Yes.
        Q.    On how many occasions?
        A.    I couldn't tell you.