# DAVID A. THOMPSON
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

May 2, 2016

**BY ECF**
Hon. Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:  Scott et al. v. The City of Mount Vernon et al., 14-cv-04441 (KMK)

Dear Honorable Judge Karas:

  I write as attorney for the plaintiffs in the above-captioned action. I write briefly in response to the defendants' letter of May 2, 2015. In their letter, the defendants ask (among other relief) for leave to re-write and re-file their memorandum of law. If granted, this would reward, rather than remedy, the defendants' failure to comply with the page limits, by giving the defendants an opportunity to reframe their arguments long after the filing deadline, and after having had the benefit of time to read and consider the plaintiffs' papers. Of the options available, the options of granting the relief requested by the plaintiffs or doing nothing are both more fair (and therefore preferable) than the option of granting the defendants leave to re-write their brief.

  Thank you very much for your consideration.

                     Respectfully submitted,

                     David Thompson