**DAVID A. THOMPSON**
**STECKLOW & THOMPSON**

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL:   (212) 566-8000
FAX:   (212) 202-4952
DAVE@SCTLAW.NYC

April 29, 2016

BY ECF
Hon. Kenneth M. Karas
United States District Judge
Southern District Of New York
300 Quarropas St.
White Plains, N.Y. 10601

**MEMO ENDORSED**

Re:  Scott v. The City Of Mount Vernon, 14-cv-4441-KMK

Dear Honorable Judge Karas:

    I write is the attorney for the plaintiffs in this action. Today the Court granted the plaintiffs leave to re-file their memorandum of law in support of their motion for summary judgment, setting the deadline of May 13, 2016 for the defendants to do so. Pursuant to the February 9, 2016 scheduling order for these motions, the plaintiffs' opposition to the defendants' motion for summary judgment is due May 13, 2016. Obviously, the plaintiffs cannot respond to a memorandum of law on the same day it is filed. Accordingly, the plaintiffs respectfully request that the Court grant the plaintiffs until May 30, 2016 to respond to the defendants' motion once it is finally fully submitted.

Respectfully submitted,

David Thompson

Granted.

So Ordered.

/s/ KMK
5/3/16