UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
VAUGH SCOTT, NIGERIA SCOTT, PRINCE　　　　　　Index No. 14-cv-4441(KMK)
SCOTT, ANDRE HARRIS, BRENDA SCOTT,
KRAIG UTLEY, COREY MARROW, A.S.,
A MINOR CHILD, K.M., A MINOR CHILD,　　　　　　DECLARATION
AND JULIAN RENE,　　　　　　　　　　　　　　　　IN OPPOSITION

　　　　　　　　　　*Plaintiffs,*

　　　　　　　　against --

THE CITY OF MOUNT VERNON, a municipal
Entity, MT. VERNON POLICE OFFICER ALLEN,
MT. VERNON POLICE OFFICER CAMILO
ANTONINI, MT. VERNON POLICE OFFICER
TIMOTHY BRILEY, MT. VERNON POLICE
OFFICER DET. BRENT GAMBLE, MT. VERNON
POLICE OFFICER SGT. STEVEN SEXTON,
CITY OF MOUNT VERNON POLICE
DEPARTMENT, AND POLICE OFFICERS JOHN
DOES 1-10,

　　　　　　　　　　*Defendants.*
-----------------------------------------------------------------------x

David A. Thompson declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct::

1. I am an attorney representing the plaintiffs in this action, and I am fully familiar with the facts stated below in support of the plaintiffs' motion for partial summary judgment.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the deposition if Vaughn Scott.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the deposition of Andre Harris, with pages omitted where indicated.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the deposition of Sergeant Sexton. The copy previously provided (ex. J to the 4/8/16 Thompson Declaration) contains a scanning error that led to duplication and repetition of lines. This is the same document, but without that error.

5. Annexed hereto as Exhibit 4 is a true and correct copy of an image from Google Maps of the 328 South Second Avenue.

Dated: New York, N.Y.

       June 10, 2016

                                              _____//s//_____
                                              David Thompson [dt3991]
                                              Stecklow & Thompson
                                              217 Centre Street, 6th Floor
                                              New York, NY 10013
                                              Phone: (212) 566-8000
                                              Fax:    (212) 202-4952
                                              Email: dave@sctlaw.nyc