AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| VAUGHN SCOTT, ET AL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 14-CV-04441 (KMK) |
| THE CITY OF MOUNT VERNON, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Mount Vernon, City of Mount Vernon Police Department, and All Individually Named Defendants

Date: 02/14/2017

*Attorney's signature*

PAUL J. SWEENEY, ESQ. (PS 0167)
*Printed name and bar number*

99 Corporate Drive, Binghamton, New York 13904
P.O. Box 2039
Binghamton, New York 13902-2039
*Address*

psweeney@cglawoffices.com
*E-mail address*

(607) 723-9511
*Telephone number*

(607) 723-1530
*FAX number*