UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAUGHN SCOTT, et al.,

                             Plaintiffs,

-v-

CITY OF MOUNT VERNON, et al.,

                             Defendants.

Case No. 14-CV-4441 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

Assuming the applicable statute of limitations for Plaintiffs' state law false arrest and assault and battery claims is one year and ninety days, the Parties are instructed to file three-page letter briefs by close-of-business on Monday, March 20, 2017, addressing whether Plaintiffs' Complaint filed on June 19, 2014 is timely as to those claims.

       No extensions will be granted.

SO ORDERED.

DATED:     March 15, 2017
               White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE